UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | No. | 3:22-cr-00327-5 |
| v. | ) | | |
| | ) | | 18 U.S.C. § 248 (Class B Misd.) |
| | ) | | 18 U.S.C. § 371 (Class B. Misd.) |
| CAROLINE DAVIS | ) | | 18 U.S.C. § 2 |

# INFORMATION

THE UNITED STATES CHARGES:

## INTRODUCTION

At all times material to this Information:

1. As of March 5, 2021, the Carafem Health Center ("the Clinic") was located in Mount Juliet, Tennessee, within the Middle District of Tennessee, and was a provider of reproductive health services.

2. Employee A was employed by the Clinic and was at work at the Clinic on March 5, 2021.

3. Patient A was a patient of the Clinic who was seeking to obtain reproductive health services from the Clinic on March 5, 2021.

4. **CAROLINE DAVIS** was a resident of Michigan.

## COUNT ONE

5. The allegations contained in paragraphs 1 through 4 of this Information are realleged and incorporated by reference.

6. From on or about February 10, 2021, and continuing until on or about March 5, 2021, in the Middle District of Tennessee and elsewhere, **CAROLINE DAVIS** knowingly and

willfully combined, conspired, and agreed with other persons both known and unknown to the United States Attorney to commit an offense against the United States, that is, by nonviolent physical obstruction, intentionally intimidate and interfere with, and attempt to intimidate and interfere with, Patient A, Employee A, and other patients and employees of the Clinic, because Patient A and other patients were obtaining, and the Clinic was providing, reproductive health services, in violation of Title 18, United States Code, Section 248(a)(1) and (b)(2), as charged in Count Two of this Information.

## PURPOSE OF THE CONSPIRACY

7. It was the plan and purpose of the conspiracy that **CAROLINE DAVIS**, Chester Gallagher, Heather Idoni, Calvin Zastrow, Coleman Boyd, Paul Vaugh, and Dennis Green, and others would create a blockage to stop the Clinic from providing, and patients from obtaining, reproductive health services.

## OVERT ACTS

8. In furtherance of the conspiracy, and to accomplish the objects of the conspiracy, **CAROLINE DAVIS** committed and caused to be committed, in the Middle District of Tennessee and elsewhere, at least one of the following overt acts, among others:

A. In or about mid-February 2021, **CAROLINE DAVIS** communicated with a coconspirator on Facebook that she would meet the coconspirator for a "rescue" in Tennessee in March 2021;

B. On or about March 4, 2021, **CAROLINE DAVIS** travelled from her home in Michigan to Nashville, Tennessee; and

C. On or about March 5, 2021, **CAROLINE DAVIS** entered the Clinic, assumed a position blocking the main door to the Clinic, and maintained that position

blocking the main door of the Clinic.

In violation of Title 18, United States Code, Section 371.

## COUNT TWO

9. The allegations contained in paragraphs 1 through 4 of this Information are realleged and incorporated by reference.

10. On or about March 5, 2021, in the Middle District of Tennessee, **CAROLINE DAVIS** did by nonviolent physical obstruction intentionally intimidate and interfere with, and attempt to intimidate and interfere with, and aid and abet the intentional intimidation and interference with, Patient A, Employee A, and other employees of the Clinic, because Patient A was obtaining, and the Clinic was providing, reproductive health services.

In violation of Title 18, United States Code, Section 248(a)(1) and (b)(2) and Title 18, United States Code, Section 2.

HENRY C. LEVENTIS
UNITED STATES ATTORNEY

AMANDA J. KLOPF
ASSISTANT UNITED STATES ATTORNEY

KRISTEN M. CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

KYLE BOYNTON
TRIAL ATTORNEY