# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

Chester Gallagher, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 3:22-cr-327

| PRESIDING JUDGE<br>ALETA TRAUGER | | PLAINTIFF'S ATTORNEY<br>Klopf, Boynton, Beaye | | | DEFENDANT'S ATTORNEY<br>Bell, Parris, Komisar, Haymaker, Thornton, |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>1/24/2024-1/26/2024 | | COURT REPORTER<br>Roxann Harkins | | | COURTROOM DEPUTY<br>Katheryn Beasley |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **Defense counsel continued: Cranston, Russ, Conway.** |
| X | | 1/24,2024 | | | **WIT: Lance Schneider, Mt. Juliet Police Department officer** |
| 3I | | 1/24/2024 | | X | **Video Clip #9** |
| 16 | | 1/24/2024 | | X | **Video Clip- Google Drive video** |
| X | | 1/25/2024 | | | **WIT: Sarah Flowers, employee at the Carafen reproductive health clinic** |
| 4 | | 1/25/2024 | | X | **Clinic employee full recording** |
| 4A | | 1/25/2024 | | X | **Still photo from recording** |
| 4B | | 1/25/2024 | | X | **still photo from recording from exhibit 4.** |
| | 1 | 1/25/2024 | | X | **Gallagher: Picture of clinic hallway** |
| | 1A | 1/25/2024 | | X | **Gallagher: Photo hallway** |
| | 2 | 1/25/2024 | | X | **Gallagher: Photo (blurry) of hallway** |
| | 2A | 1/25/2024 | | X | **Gallagher: Photo of hallway** |
| | 2B | 1/25/2024 | | X | **Gallagher: Photo of hallway** |
| | 1 | 1/25/2024 | | X | **Boyd: Photo of Boyd holding 2 cell phones** |
| 19 | | 1/25/2024 | | X | **Stipulation agreement by the parties to the accuracy of certain exhibits as to Coleman Boyd's Facebook account** |
| 20 | | 1/25/2024 | | X | **Stipulation agreement by the parties to the accuracy of certain exhibits as to Paul Vaughn's interview** |
| 22 | | 1/25/2024 | | X | **Stipulation agreement by the parties to the accuracy of certain exhibits as to Chet Gallagher's email addresses** |
| 24 | | 1/25/2024 | | X | **Stipulation as to where Coleman Boyd was standing conducting livestream on Facebook** |
| X | | 1/25/2024 | | | **WIT: Caroline Davis. Co-defendant** |
| 1A | | 1/25/2024 | | X | **Colman Boyd Recording Clip 1.** |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___2___ Pages

| | USA | vs. | Chester Gallagher, et al. | CASE NO. 3:22-cr-327 | | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| IC-E | | 1/25/2024 | | X | Clips of Coleman Boyd's recordings | |
| F | | 1/25/2024 | | X | Photo Coleman Boyd | |
| 2A-P | | 1/25/2024 | | X | Clips of Dennis Green recordings | |
| 3A-D | | 1/25/2024 | | X | Clips of Chet Gallagher's recordings | |
| 3G-M | | 1/25/2024 | | X | Clips of Chet Gallagher's recordings | |
| 2Q-R | | 1/25/2024 | | X | Still shots from Dennis Green's recording | |
| 3P | | 1/25/2024 | | X | Clip of Chet Gallagher's recordings | |
| 3Q | | 1/25/2024 | | X | Clip of Chet Gallagher's recordings | |
| 3R | | 1/25/2024 | | X | Clips of Chet Gallagher's recordings | |
| 3N--O | | 1/25/2024 | | X | Clip of Chet Gallagher's recordings | |
| 17 | | 1/25/2024 | | X | Clip from Google Drive Video | |
| 5A-B | | 1/25/2024 | | X | WZTV recording Clips 1 & 2. | |
| X | | 1/26/2024 | | | WIT: Melissa Ashby, visitor of clinic | |
| X | | 1/26/2024 | | | WIT: Anne Marie Wood, FBI tactical analysis | |
| 7 | | 1/26/2024 | | X | 2/18/2021 web history of Google account registered to Chester Gallagher | |
| 8 | | 1/26/2024 | | X | xSearch history from 2/18/2021 of Google account registered to Chester Gallagher | |
| 9 | | 1/26/2024 | | X | Web history from 2/25/2021 of Google account registered to Chester Gallagher | |
| 10 | | 1/26/2024 | | X | Search history from 2/25/2021 of Google account registered to Chester Gallagher | |
| 11 | | 1/26/2024 | | X | Facebook excerpt - messenger from account registered to Coleman Boyd | |
| 12 | | 1/26/2024 | | X | Facebook excerpt -status update from account registered to Coleman Boyd | |
| 13 | | 1/26/2024 | | X | Facebook excerpt - messenger from account registered to Chester Gallagher | |
| 14B | | 1/26/2024 | | X | Demonstrative Exhibit - communication timeline | |
| X | | 1/26/2023 | | | WIT: Nicholas Ashby, husband of Melissa Ashby | |
| | X | 1/26/2024 | | | WIT: Travis Watkins, reserve officer with Mt. Juliet police department | |