Motion GRANTED. The sentencing hearing is reset for 4/24/2024 at 2:00 p.m.

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **No. 3:22-cr-00327** |
| **CAROLINE DAVIS** | **Judge Aleta A. Trauger** |

## MOTION TO CONTINUE

Comes now Caroline Davis, by and through undersigned counsel, and hereby moves this honorable court to continue the sentencing hearing in this matter. In support thereof, Ms. Davis would show as follows:

1. This matter is currently set for sentencing on February 2, 2024.

2. Probation has not yet completed the Presentence Report for Ms. Davis.

3. Therefore, Ms. Davis would ask that her sentencing hearing be continued to allow Probation to complete the presentence report.

WHEREFORE, Ms. Davis moves this Court to continue her sentencing hearing.

1