

U.S. PROBATION & PRETRIAL SERVICES
Middle District of Tennessee

# memorandum

**Date:** January 25, 2024
**From:** Kimberly Haney, Supervisory U.S. Probation Officer
**Subject:** Coleman Boyd
Docket No.: 3:22CR00327-4
**To:** Honorable Barbara D. Holmes
U.S. Magistrate Judge

On October 5, 2022, the federal warrant for the defendant's arrest was executed in the Southern District of Mississippi pursuant to an Indictment charging the defendant with Conspiracy to Obstruct Access to a Clinic Providing Reproductive Health Services and Violation of the FACE Act filed in the Middle District of Tennessee on October 3, 2022. The defendant appeared for an initial appearance in the Southern District of Mississippi on October 6, 2022, and the defendant was released to pretrial supervision. On October 12, 2022, the defendant appeared for an initial appearance before Your Honor in the Middle District of Tennessee. The defendant was ordered to remain on the pretrial supervision with the previously imposed conditions of release. The defendant resides in Mississippi, and courtesy supervision is provided by the United States Probation Office in the Southern District of Mississippi. His case is assigned to Latoya Judson, United States Probation Officer (USPO).

On December 21, 2022, Your Honor modified the defendant's conditions to allow him to speak with his family members or close friends; however, they are not allowed to discuss the case.

On December 28, 2023, a violation memorandum was submitted to the Court regarding the defendant's non-compliance involving the defendant sending a text message to his codefendants including Caroline Davis, who is a witness in the case. Additionally, the defendant has produced podcasts which included interviews with his codefendants and discussions regarding the arrest of a codefendant and the case in general with another codefendant. The Court ordered the modification of the defendant's release conditions to include an additional condition: "***The defendant must avoid all contact, directly or indirectly, with any person who is or may become a victim or witness in the investigation or prosecution of this case, including codefendants.***"

On January 16, 2024, the Government notified Pretrial Services that the defendant sent another text message to a group of people that included a witness, Caroline Davis. The text message informed the recipients of the North Hinds Church annual fellowship weekend scheduled March 15-17, 2024, in Bolton, Mississippi. The message detained the itinerary for the weekend which included topics on raising, feeding, incubating, purchasing, and slaughtering farm animals; farming and fruit trees – chemical and organic; fishing – pond management, trot lining; hunting – ammunition types/usages, gun types/usages, shot placement, long/short range uses;

construction; community building; survival technology; medical preparedness; tactical – militia organization, group training, physical fitness, weaponry training; and food storage.

Pursuant to the most recent Court order, the defendant is in direct violation of his release conditions. Pretrial Services respectfully requests that a hearing be scheduled so the defendant can address the Court regarding his non-complaint behavior.

Approved:

*Kimberly Haney*

Kimberly J. Haney
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]  No action at this time

[ ]  A Hearing on the Petition is set for

_____   _____
Date                           Time

[X]  Other:
Further action is reserved pending the outcome of the trial. Defendant is cautioned against any other prohibited contact.

*Barbara D. Holmes*
_____
Honorable Barbara D. Holmes
U.S. Magistrate Judge