UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:22-CR-00327 |
| | ) | |
| CALVIN ZASTROW | ) | JUDGE TRAUGER |
| | ) | |

**MOTION TO WITHDRAW**

Comes now David I. Komisar, co-counsel for Calvin Zastrow and moves this honorable Court for permission to withdraw as co-counsel in this cause. In support of this motion counsel would show as follows:

1. Counsel was appointed co-counsel to assist lead counsel Robert Parris at trial on December 11, 2023 (D.E. # 374).

2. The jury returned a verdict on January 30, 2024. Co-counsel's work here is done.

Respectfully submitted,

s/ David I. Komisar
David I. Komisar BPR 9207
Attorney for Calvin Zastrow
208 Third Ave. North Suite 300
Nashville, TN 37201
(615) 242-2675

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing Motion was filed electronically and served on the following by the EF/CME electronic filing system:

| | |
|---|---|
| JODIE A. BELL<br>214 Second Avenue North, Suite 208<br>Nashville, TN 37201<br>(615)244-1110/ (615) 956-4977<br>jodie@attorneyjodiebell.com<br>Attorney for Chester Gallagher | MANUEL B. RUSS<br>340 21st Avenue North<br>Nashville, TN 37203<br>(615) 329-1919<br>russben@gmail.com<br>Attorney for Defendant Dennis Green |
| WILLIAM J. CONWAY<br>William J. Conway, Esq. P.C.<br>214 Second Avenue North, Suite 208<br>Nashville, TN 37201<br>(615) 260-5364<br>wjconway@gmail.com<br>Attorney for Defendant Heather Idoni | DAVID R. HEROUX<br>Haymaker & Heroux, P.C.<br>545 Mainstream Drive, Suite 420<br>Nashville, TN 37228<br>(615) 250-0050<br>heroux@tennesseedefense.com<br>Attorney for Defendant Eva Edl |
| ROBERT LYNN PARRIS<br>Robert L. Parris, Attorney at Law<br>200 Jefferson Avenue, Suite 1500<br>Memphis, TN 38103<br>(615) 490-8026<br>rlp@robertparrisattorney.com<br>Attorney for Defendant Calvin Zastrow | DAVID L. COOPER<br>Law Office of David L. Cooper, P.C.<br>208 Third Avenue, N Suite 300<br>Nashville, TN 37201<br>(615) 256-1008<br>dcooper@cooperlawfirm.com<br>Attorney for Defendant Eva Zastrow |
| G. KERRY HAYMAKER<br>Haymaker & Heroux, P.C.<br>545 Mainstream Drive. Suite 420<br>Nashville, TN 37228<br>(615) 250-0050<br>haymaker@tennesseedefense.com<br>Attorney for Defendant Coleman Boyd | RAYBURN McGOWAN, Jr.<br>8005 Church Street East, Suite 219<br>Brentwood, TN 37207<br>(615) 244-7070<br>mcgowanrayburnjr@bellsouth.net<br>Attorney for Defendant James Zastrow |
| STEVE C. THORNTON, Esq.<br>P.O. Box 16465<br>Jackson, MS 39236<br>(601) 982-0313<br>mail@lawlives.com<br>Attorney for Defendant Coleman Boyd | LEONARD E. LUCAS, III<br>The Law Firm of Leonard Earl Lucas<br>315 Deadrick St, Suite 1550<br>Nashville, TN 37238<br>(301) 204-6498<br>leonard.lucas@lellawfirm.com<br>Attorney for Defendant Paul Place |
| HEATHER G. PARKER<br>Evans Bulloch Parker PLLC | AMANDA J. KLOPF<br>U.S. Attorney's Office (Nashville) |

| | |
|---|---|
| 302 North Spring Street<br>PO Box 398<br>Murfreesboro, TN 37133-0398<br>(615) 896-4154<br>heatherparker@bfhelaw.com<br>Attorney for Defendant Caroline Davis | 719 Church Street, Suite 3300<br>Nashville, TN 37203<br>(615) 736-5151<br>amanda.klopf@usdoj.gov<br>Representing **USA** |
| LARRY LAMONT CRAIN<br>5214 Maryland Way, Suite 402<br>Brentwood, TN 37207<br>(615) 376-2600<br>larry@crainlaw.legal<br>Attorney for Defendant Paul Vaughn | SANJAY PATEL<br>Department of Justice<br>150 M Street NE<br>Washington, DC 20002<br>(202) 598-1018<br>Sanjay.patel@usdoj.gov<br>Representing **USA** |
| STEPHEN M. CRAMPTON<br>Thomas More Society<br>P.O. Box 4506<br>Tupelo, MS 38803<br>(662) 255-9439<br>scrampton@thomasmoresociety.org<br>Attorney for Defendant Paul Vaughn | NIKHIL A. RAMNANEY<br>Department of Justice<br>150 M Street NE<br>Washington, DC 20002<br>(202) 598-1018<br>nikhil.ramnaney@usdoj.gov<br>Representing **USA** |

This the 30th day of January 2024.

/s/ David Komisar
David Komisar