REV 09/18

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-cr-327

**UNITED STATES OF AMERICA**
V.

CHESTER GALLAGHER, HEATHER IDONI, CALVIN ZASTROW, COLEMAN BOYD, PAUL VAUGHN, & DENNIS GREEN.

(list each defendant appearing at hearing)

Judge: TRAUGER
Hearing Date: 1/30/2024
Location: ☑ Nashville  ☐ Columbia  ☐ Cookeville
Court Reporter: Roxann Harkins
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Amanda Klopf, Kyle Boynton, Wilfred Beaye

Defense Attorney(s): Jodie Bell, Robert Parris, David Komisar, Kerry Haymaker, (continued below)

### TRIAL PROCEEDINGS
1. Jury Trial* ☑
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

### NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| # | Juror | # | Juror |
|---|---|---|---|
| 1. |  | 7. |  |
| 2. |  | 8. |  |
| 3. |  | 9. |  |
| 4. |  | 10. |  |
| 5. |  | 11. |  |
| 6. |  | 12. |  |
| Alt 1. |  | Alt 2. |  |

COMMENTS:

Defense counsels' names continued: Steve Thornton, Stephen Cranston, Ben Russ and Will Conway.

Day 6 Jurors dismissed to start deliberations at 9:10 a.m. Jury returned a verdict of guilty for all defendants on all counts of the Indictment.

Jury deliberations: 9:10 a.m. to 12:35 p.m.

Total Time in Court: 20 mins.

Clerk of Court
by: Katheryn Beasley