UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>EVA EDL, EVA ZASTROW, JAMES ZASTROW, PAUL PLACE<br><br>(list each defendant appearing at hearing) | Case No.: 3:22-cr-00327<br>Judge: Jeffery S. Frensley<br>Hearing Date: 04/02/2024<br>Location: ✓ Nashville  ◯ Columbia  ◯ Cookeville<br>Court Reporter: Roxann Harkins<br>Court Interpreter: |

## CRIMINAL MINUTES

Government Attorney(s): Amanda Klopf, Kyle Boynton, and Wilfred Beaye

Defense Attorney(s): David Heroux, David Cooper, Rayburn McGowan, Jr., and Leonard Lucas

### TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☑
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

### NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| # | Juror | # | Juror |
|---|---|---|---|
| 1. | | 7. | |
| 2. | | 8. | |
| 3. | | 9. | |
| 4. | | 10. | |
| 5. | | 11. | |
| 6. | | 12. | |
| Alt 1. | | Alt 2. | |

COMMENTS:

Trial completed. All four defendants found guilty.

Total Time in Court: 9 hours, 15 minutes

Clerk of Court
by: Surabhi Morrissey