May 15, 2024

To Honorable Aleta Trauger:

Re: July 2 sentencing of six defendants
convicted of violating the FACE act.

Please Your Honor, exercise leniency
in sentencing. These are not violent
criminals. They do not deserve jail time.
I pray you will be merciful. I pray
God will guide you in your decision.
I pray God will bless you and your house.

RECEIVED

MAY 2 2 2024

U.S. District Court
Middle District of TN

Sincerely,

Susan English
8395 Burnt Chimney Rd.
Wirtz, VA   24184



"If we are to guard against ignorance
and remain free, it is the responsibility
of every American to be informed."
Thomas Jefferson
* * *

Ms. Susan Myklebust English
8395 Burnt Chimney Rd.
Wirtz, VA 24184-3656

GREENSBORO NC 270
PIEDMONT TRIAD AREA
17 MAY 2024 PM 4 L

FOREVER / US

RECEIVED

MAY 2 2 2024

U.S. District Court
Middle District of TN

The Honorable Aleta Trauger
Fred D. Thompson US Courthouse and Fed Bldg.
719 Church St
Nashville, TN  37203

37203-709499

(In reference to people trying to protect the unborn)

Please, Your Honor, exercise leniency in sentencing. They are not violent criminals and should not be sent away for years into a federal penitentiary.

Please, they are only trying to protect the babies who should all stay the safest in the womb & also outside the womb.

Thank you,
Sandy Fulbright

CFS801NP-1



Sandy Fulbright
8272 Forest Ridge Dr.
Woodway, TX 76712

NORTH TEXAS TX P&DC
DALLAS TX 750
15 MAY 2024 PM 9 L

The Honorable Aleta Tranger
Fred D. Thompson U.S. Courthouse and Federal Bldg.
719 Church Street
Nashville, TN. 37203

37203-709499

Please, Your Honor, exercise leniency in the sentencing of the pro-life supporters. They are <u>not</u> violent criminals and should not be imprisoned.
Praying for you to make the right decision.

Tani Pockstaller
Ocoee, TN

Psalm 139
Proverbs 31:8



Mr. William Pockstaller
121 Polly Wally Rd.
Ocoee, TN 37361



The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and
Federal Building
719 Church Street
Nashville, TN 37203

37203-709499

## Mrs. Joan Slinger

The Honorable
Aleta Trauger,

Please your
Honor exercise
leniency in
sentencing Coleman
Boyd. He did
what he
thought was
right and is
not a criminal.
Sincerely
Joan Slinger



Joan Billiger
162 Locktown Flemington Rd
Flemington, NJ 08822



The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse
and Federal Building
719 Church Street
Nashville,
TN 37203

Sending
*happy thoughts*
and
*heartfelt prayers*
to you today.

Please, your honor, exercise leniency in sentencing. These people are not violent criminals and should not be sent away for years into a federal penitentiary. Roe v Roue was repealed. God sees abortion as sinful and what they do to aborted babies. Barbara Decker in TX.



Ms. Barbara Dickinson
204 Evergreen St
Longview, TX 75604

SHREVEPORT LA 710

15 MAY 2024 PM 3 L

FREEDOM
FOREVER/USA

The Honorable Aleta Trauger
Fred D. Thompson U.S Courthouse and Federal Building
719 Church Street
Nashville, Tn.
37203



This is the day that the Lord has made;
let us rejoice and be glad in it.
~ Psalm 118:24

5-19-24

Please, Your Honor, exercise leniency in sentencing the Boyds and others. They are not violent criminals and should not be sent away for years into a federal penitentiary. This used to be a free nation!

Ken Lossing



Lossing
231 Dogwood Trace
Atoka, TN 38004

MEMPHIS TN 380
20 MAY 2024 PM 3 L

The Honorable Aleta Trauger
Fred D Thompson US Courthouse and
Federal Bldg.
719 Church Street
Nashville, TN 37203

37203-709499



Made in China
535772C



Mr. Edward J. Grimes
4375 Tahitian Gardens Cir Apt F
Holiday, FL 34691-3753

I am a 94
year old
senior citizen
and committed
Christian, I
consider the
FACE act to be
~~unconstitutional~~
UNCONSTITUTIONAL
Please read the
attached memo and
act accordingly
Ed Grimes 5-16-24

95840NP

# PRAY AND ACT

Coleman Boyd asks that readers pray this situation will be used to bring an end to abortion.

"Yes, we want to repeal the FACE Act; we want to knock the weapons out of their hands. But ultimately, we want God to use it to end abortion and awaken the church to action," he said.

Both Boyd and Steve Crampton urge readers to support efforts put forth by Representative Chip Roy (R-Texas) and by Senator Mike Lee (R-Utah) to repeal the FACE Act.

"Encouraging and pushing your representatives and your senators to co-sponsor and push that through is vital," Crampton said.

Crampton also encouraged writing a letter to Judge Aleta Trauger, who will hand down sentences to the six pro-lifers in July.

"It's unusual, but not unheard of, to write such a letter," Crampton said. "We've had a trickle of letters sent to the judge in Nashville from people all over the country who've heard reports about the case, to say 'Please, Your Honor, exercise leniency in sentencing. They are not violent criminals and should not be sent away for years into a federal penitentiary.'"

Address letters to:

**The Honorable Aleta Trauger**
**Fred D. Thompson U.S. Courthouse and Federal Building**
**719 Church Street**
**Nashville, TN 37203**

"The facility is a medical building with multiple medical clinics [throughout] and an abortion mill on the second floor," Boyd explained. "There were probably 30 of us there that morning lining the hallway to the abortion mill."

Boyd further explained that a number of those present had determined to perform a rescue, which is when individuals put themselves between a mother and the clinic entrance where the abortion will be performed.

Boyd was at the far end of the hallway livestreaming, preaching, and offering help to expectant mothers, but he does not deny that some in their group were physically standing in front of the clinic's doors hoping to prevent abortions from taking place.

"Did they violate a law? I would argue absolutely not," Boyd said. "The law in question forbids blocking a reproductive health care facility. Abortion has nothing to do with reproduction."

However, Boyd understands the law is not interpreted that way.

"To the letter of the law, the way the world is looking at it, there were a handful of people in the way," Boyd said.

"But we are backward as a nation when people see it that way," he continued. "We're backward as a church when the church would condemn someone for doing that, but unfortunately, that's commonly what happens."

Boyd pointed out the absurdity of the law with an illustration.

"If you saw someone taking a 4-year-old into a house to murder him, and you stopped it, you would not be breaking the law. In fact, you would be doing wickedly to sit by and do nothing about it," Boyd explained. "That is the righteous argument and should be the legal argument in a nation of law.

"But we are a nation that has forsaken right for wrong and good for evil."

## Conspiring to save babies

The good news for those convicted of violating the FACE Act is that it carries a maximum of one year in prison; for this case, it was reduced to six months.

While six months in prison is an injustice for someone merely attempting to protect babies, it seems minor when

Case 3:22-cr-00327   Document 595   Filed 05/22/24   Page 16 of 40 PageID #: 3781



Mr. Edward J. Grimes
4375 Tahitian Gardens Cir Apt F
Holiday, FL 34691-3753



TAMPA FL 335
PETERSBURG FL
AY 2024 PM 6
HEALING
PTSD
+ FIRST CLASS USA

THE HONORABLE AETA TRAUGER
FRED D THOMPSON U.S. COURT HOUSE AND
FEDERAL BLDG
719 CHURCH ST.
NASHVILLE TN 37203

37203-709493



Please Your Honor,

Exercise leniency in sentencing. These people are not violent Criminals and should not be sent away for years into a federal penitentiary.

Please take heart into your final decision. God loves you. + Created you.

Sincerely,

Liz Wothoege, I am 77 years old, have 3 children 8 grandchildren and 3 great grandchildren.

24F1-NP



Elisabeth M. Dothage
6321 Highway 202 E.
Flippin, AR 72634-9768

NW ARKANSAS AR 727

16 MAY 2024 PM 1 L



The Honorable Aleta Trauger
Fred W. Thompson U.S.
Courthouse and Federal Bldg.
719 Church St.
Nashville, Tn. 37203

37203-709499

The Honorable Aleta Trauger,

Please Your Honor exercise leniency in sentencing. They are not violent criminals and should not be sent away for years into a federal penitentiary. (The six pro-lifers who are scheduled to be sentenced in July)

Thank you for humbling reading my request.

Respectfully,
Ruth deane Chavua

RD Chawira
25506 dayton
Barston, Ca 92311



SAN DIEGO CA 920

18 MAY 2024 PM 2 L

The Honorable Aleta Trauger
Fred D. Thompson US. Courthouse and Federal
Building

719 Church Street
Nashville, Tn. 37203

37203-709499



May 17, 2024

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, TN  37203

RE:  Freedom of Access to Clinic Entrances Act (FACE Act)
     Coleman Boyd and six other defendants

Your Honor:

I have recently read an article in the American Family Association Magazine regarding the above
reference subject and felt compelled to write to you with my concerns.

The article stated that Coleman Boyd and six other defendants were peacefully protesting at an abortion
clinic in Mount Juliet, Tennessee, on March 5, 2021, by preaching the gospel, singing, praying and
attempting to convince mothers of unborn babies to choose life.  However, the U.S. Department of
Justice determined their peaceful actions to be criminal.

The defendants face up to a maximum of 10.5 years in prison, up to $260,000 in fines, and 3 years of
supervised release...all for being obedient to the Word of God by protesting against abortion.  While
others, who are considered "*peacefully protesting,*" are allowed to block major roadways, destroy
businesses and personal property facing no penalty or repercussion whatsoever.  As a matter of fact, in
the recent college campus protests against Israel, some have been given immunity.

There seems to be a blatant double standard in our justice system by justifying what is wrong and
punishing what is right.  Therefore, your Honor, I am respectfully requesting that you exercise leniency
in the upcoming sentencing of Coleman Boyd and six other defendants.  They are not violent criminals
and should not be fined and sent away for years into a federal penitentiary.

Respectfully yours,

Rhonda Bennett

Rhonda Bennett
217 Walnut Drive
Ocean Springs, MS 39564

GULFPORT MS 395



The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse & Federal
Building
719 Church Street
Nashbille, TN 37203

3720357094



May 16, 2024

The Honorable Aleta Trauger

       I'm writing this letter to please exercise leniency in sentering the six pro-lifers. They are not violent criminals or bad people committing crimes. They should not be sent away for years into a federal penetentiary. Thank you for reading my letter.


Cindee Byers
Box 123
Reno, Pa. 16343



Cinda S Byers
1015 Oak St.
Reno, PA 16343



The honorable Aleta Trauger
Fred D. Thompson U.S. Court house
and Federal Building
719 Church St.
Nashville, TN    37203

37203670940019    [postal barcode]

5-16, 24

The Honorable Aleta Trauger
Fred D. Thompson US Courthouse + Federal Building
719 Church Street
Nashville, Tennessee 37203


Dear Judge Trauger
       Regarding the senticing of Coleman
Boyd and other defendents, I would ask
that you exercise leniency in sentencing.
For the FACE ACT. They are not violent
criminals and they should not be imprisoned
for years in a federal penitentiary.
       Thank you for your consideration,
               I am respectfully yours,
               Mrs Kathleen M. Greene
               6107 Gardendale Circle
               Roanoke, Virginia 24012-6976


Proverbs 15:3
The eyes of the Lord are in every
place, keeping watch on the evil
and the good.



Kathleen Greene
6107 Gardendale Cir.
Roanoke, VA 24012



Blessed is the
nation whose God
is the LORD ...
PSALM 33:12

GREENSBORO NC 270
PIEDMONT TRIAD AREA
17 MAY 2024 PM 6 L



THE HONORABLE ALETA TRAUGER
FRED D. Thompson US CourtHouse + Federal Building
719 CHURCH STREET
NASHville, TN, 37203
37203-709499



**full proof gospel ministries**
EIN#: 20-1084206

p.o. box 791 | conover, nc 28613 | tel: 828-292-0045
email: **seeds@fpgm.org** | web: **fpgm.org**
jesse boyd, president | matthew boyd, vice-president
william graham, robert hill, james hoefer, trustees

**To: Judge Aleta Trauger**
**United State District Court**
**Middle District of Tennessee**

**Re: SENTENCING OF DR. COLEMAN BOYD**

**Date: May 2, 2024**

Judge Trauger,

I write to you in view of the upcoming sentencing of Dr. Coleman Boyd, who was unjustly charged and convicted in your courtroom back on January 30, 2024. The unjust charges against Dr. Boyd were not brought by you, neither was the unjust verdict reached by you. The sentencing that follows, however, does rest upon the authority granted to you. Therefore, I urge and implore the exercise of such authority in a way that is good: *"to do justly, and to love mercy, and to walk humbly with thy God" (Micah 6:8).* A unique opportunity has been afforded you to indeed do justly on the heels of grave injustice, and refusing this opportunity can only be done at your own peril. For the Word of God, what our nation's Founding Fathers declared to be the "rock upon which our Republic rests," is very clear:

*"Whoso rewardeth evil for good, evil shall not depart from his house" (Proverbs 17:13).*

Moreover, a few verses later:

*"He that justifieth the wicked, and he that condemneth the just, even they both are abomination to the LORD" (Proverbs 17:15).*

As a Christian Pastor, a Bible-believing missionary who has served in many dangerous and remote places around the world, the president of a non-profit missions ministry, a tax-paying American citizen, a North Carolina business owner, a former American history schoolteacher, the husband to one wife of 27 years, a father of three, and one who fears the God of our Founding Fathers, it is my duty to WARN you ahead of this sentencing. It is also my duty to INFORM you as to the person and character of Dr. Coleman Boyd as relates to my own experience.

Were it not for Coleman's selfless concern for others, considering their trials and hardships to be of more importance than his own, I never would have met this man. My family's difficulties at a particular point in time came to his attention, and he reached out to us, strangers, in the true spirit of Christian ministry, a living and breathing example of the Apostle Paul's exhortation in Romans 12:10:

*"Be kindly affectioned one to another with brotherly love; in honour preferring one another."*

Since, I have had the great privilege of traveling with Dr. Boyd; of visiting Dr. Boyd at his home, of fellowshipping with Dr. Boyd at his local church, and of getting to know his precious wife and thirteen children. He has been welcomed into our local church *(New Testament Christian Fellowship of Conover, NC)* and has

even preached from our pulpit, an honor and a responsibility we don't lightly afford to just anyone. It has been a joy to watch some of his children befriend my children and to behold his godly example as a father, a doctor, a Christian missionary, and even a farmer. Without an ounce of reservation, I would entrust to him the care of my children and even the local church flock over which I have been entrusted to serve as pastor. Without an ounce of reservation, I would seek and value his counsel on even the weightiest of matters and decisions. Eight months ago, my father unexpectedly passed away. It was a source of great grief to my widowed mother and to our local church family. Amidst all the uncertainties and persecutions resulting from the unjust charges brought against Dr. Boyd by the government of the United States, and weeks before the trial in your courtroom, he once again put his own needs aside, as is his custom, and traveled to North Carolina with his family to minister to my grieving mother. I will never forget this kindness, nor can I ever forget it.

Coleman Boyd is a good man, a true embodiment of what is nearly extinct but once commonplace and made our nation great—a faithful husband and father who loves God with all his heart, soul, mind, and strength AND a faithful citizen who loves his neighbor as himself, willing to stand in the gap for the most vulnerable amongst us and to do so even if it brings grave consequence. A tainted jury very well may have titled this man a criminal, but as far as I, my family, and my local church are concerned, he is a HERO OF THE CHRISTIAN FAITH, a GOOD ENSAMPLE TO BE MODELED. Yes, Judge, I meant "ensample." It's not a typographical error for "example," but a good Old English word that distinguishes a multi-faceted example, one who is an EXAMPLE IN MANY GOD THINGS. Though Coleman and I share the same surname, though we both can trace our family heritage back through Mississippi, and though we very well be related somewhere on a family tree, I never knew this man until he knew I needed some help, support, and encouragement in my own pilgrimage. Philippians 2:4 in the New Testament of the Holy Bible reads,

**"Look not every man on his own things, but every man also on the things of others."**

It is precisely because Dr. Coleman Boyd lives this exhortation that I first gained his face-to-face acquaintance. And, it is a blessing undeserved to now be able to consider him a friend and a source of wise counsel and spiritual accountability. To me, he is a modern-day hero of the Christian faith and an embodiment of patriotic citizenship.

Good men, godly men, faithful husbands, loving fathers (especially those like Coleman who adopt and raise orphans of another skin color alongside his own children), tireless emergency room doctors who live by the Hippocratic Oath so flippantly cast aside these days, hospitable men who open their land and their home to others in need, and righteous men who will speak up for the most vulnerable among us, the unborn, DO NOT BELONG IN ALREADY OVERCROWDED PRISONS, especially when violent criminals, rapists, antisemitic mobs, human traffickers, domestic terrorists, and criminal gangbangers regularly receive a slap on the wrist for their crimes in American courts and are able to continue walking the streets. Surely, you understand this; and you have the authority to make sure it doesn't happen in this case now before you.

That being said, I am constrained to warn in this remonstration concerning something boisterously and foolishly declared in your courtroom by U.S. Attorney Klopf during Dr. Boyd's trial. She did err when she argued that the laws of men are superior to the Law of God. This was indeed a grave error and would have amounted to treason at the time our Founding Fathers met to form our American government. Surely, you don't agree. William Blackstone, the most cited legal scholar of America's Founders, with whom I'm sure you are familiar, stated of God's laws:

*"It [God's Law] is binding over all the globe in all countries, and at all times: no human laws are of any validity, if contrary to this; and such of them as are valid derive all their force and all their authority, mediately or immediately, from this original. The doctrines thus delivered we call the revealed or divine law, and they are only found in the Holy Scriptures."*

John Calvin, the renowned Christian Reformer, rightly stated in his commentary on the Book of Daniel:

*"For earthly princes [i.e. authorities] lay aside their power when they rise up against God, and are unworthy to be reckoned among the number of mankind. We ought, rather, to spit upon their heads than to obey them."*

God's Law is very plain, and it declares twice: ***"Thou shalt not kill" (Exodus 20:13; Deuteronomy 5:17).*** Without a doubt, the United States government completely disregarded this in your courtroom and affirmed what the LORD calls evil to be good. The prosecutors in this case involving Coleman Boyd justified wickedness, and according to the Word of God cited above (Proverbs 17:15), made themselves an abomination.

God's Law is also very plain: ***"If thou forbear to deliver them that are drawn unto death, and those that are ready to be slain; If thou sayest, Behold, we knew it not; doth not he that pondereth the heart consider it? and he that keepeth thy soul, doth not he know it? and shall not he render to every man according to his works" (Proverbs 24:10-11)?*** Without a doubt, the jury in your courtroom declared to be evil what the LORD says is good, standing in the gap for those ready to be slain. Every one of the jurors in this case involving Coleman Boyd condemned what is just, a peaceful standing in the gap with only hymns and prayers as weapons, and according to the Word of God cited above (Proverbs 17:15), made themselves an abomination.

I'll affirm it again: these things are not on you, Judge … at least not yet. By the authority granted to you, first by God, and second by the government of the United States, you have the grave responsibility of acting to both restrain the greater evil and to protect the greater good in this matter (Please read and meditate upon Romans 12:19-13:1-5). The question is, will you, by your sentencing of a righteous man, convicted of "conspiracy" only by a disgusting wresting of the law, choose to justify the wicked and condemn the just? Or, will you ameliorate this grave injustice by rendering a just sentence for an unjust conviction? Will you **"be just, ruling in the fear of God" (II Samuel 23:3)** and therefore be **"as the light of the morning, when the sun riseth" (II Samuel 23:4)** in these very dark and troublesome days for our country? Or, will you show yourself to be one of those earthly authorities who the renowned Reformer John Calvin admonished to spit upon rather than obey?

The answer will lie in whether or not you sentence a just and godly man to prison. If you do, you invite the wrath of God upon your courtroom, your family, and your own head. I didn't say it, and as one who loves Jesus more than I love my country, I would not dare threaten such a thing. However, your Maker did say it, and He always means business: ***"Whoso rewardeth evil for good, evil shall not depart from his house" (Proverbs 17:13).***

Notwithstanding, Judge, I am convinced better of you. Yes, I have researched you and your judicial record a bit. You know the problems with America's criminal justice system, and you know very well the failings of our prisons to truly rehabilitate or deter crime. My prayer is that you will remember these things and not contribute to the very problems you have endeavored to fight. Fail not to remember these things as you consider sentencing truly decent Americans like Dr. Coleman Boyd and other of his fellow defendants in this matter. If you must sentence those I believe to have been wrongfully charged and wrongfully convicted, do so JUSTLY. Jail time is not justice. Robbing wives and children, making them into widows and orphans, is not justice. Might I humbly suggest some form of community service for those who love and regularly serve their own communities. This would truly be a bold act that restrains greater evil and promotes greater good. It would keep loving families together. It would be righteous and help to stem the tide of the abominable law-fare and iniquity sweeping this land. And I know Dr. Boyd well. He would gladly serve his community in some needful project with fervor and joy.

In the spirit of I Timothy 2:1-4 in the New Testament of the Holy Bible, I and the local church over which I have been appointed pastor, commit to pray for you as you weigh these weighty matters. We commit to make intercession on your behalf before the LORD. But please keep in mind, however: there are two types of intercession, intercession FOR (Romans 8:27) and intercession AGAINST (Romans 11:2). Do justly, love mercy, and walk humbly in the matter of Dr. Boyd's sentencing, and you can rest assured we will continue making intercession for you before the LORD. Do that which is unjust and furthers the ***"violent perverting of judgment and justice in a province" (Ecclesiastes 5:8),*** and you can be sure we will be making regular intercession AGAINST you before the LORD. For ***"he that is higher than the highest regardeth; and there by higher than they [i.e. judges such as yourself] (Ecclesiastes 5:8).***

There was a king once who vexed righteous folks in his province, who ordered the execution of a righteous man, and who threw another righteous man into prison to appease the politics of the day. He lightly esteemed the weight of these unjust sentencings and went about his business in very much the same spirit of United States Attorney Amanda Klopf, as if the laws of men were somehow superior to the Law of God. Sadly, his end

was swift and tragic. Not only was the righteous man he imprisoned miraculously set free, and not only did the Word of God grow and multiply amongst the Christians he vexed, but the LORD smote this King Herod, and he died very publicly in considerable pain, eaten of worms. I encourage you, Judge, to meditate upon these events as recorded in Acts, Chapter 12, in the New Testament of the Holy Bible. For *"all these things happened unto them for ensamples: and they are written for our admonition" (I Corinthians 10:11)*. Moreover, *"whatsoever things were written aforetime were written for our learning" (Romans 15:4)*. Please consider and meditate upon this end of an earthly authority who rendered an unjust sentence against a just man, sentencing Peter the Apostle to prison. Times may change, but God's judgment against judicial tyranny changeth not.

I also encourage you, while weighing Dr. Boyd's sentencing, to pick up a copy of *Foxe's Book of Martyrs*, what was long ago commonly found in American households alongside the Bible and John Bunyan's *Pilgrim's Progress*. In fact, before the latter was published in 1678, English-speaking common people had almost no other reading matter readily available except the Bible and *History of the Acts and Monuments of the Church*, commonly known as "Foxe's Book of Martyrs," first printed in English in 1563. And that was for more than a century. No wonder Foxe's work made such an impact on so many English Christians, even amongst the colonists in North America who settled in Massachusetts Bay, Connecticut, Rhode Island, Jamestown, and, as did my ancestors, the tidewater areas of Virginia and North Carolina. Pick up a copy of this old English book still readily available, Judge Trauger, and pay careful attention to the chapter entitled *"God's Punishment upon Some of the Persecutors of His People during Mary's Reign."* It is a sober reminder that there is indeed One who sees the violent perverting of judgment or justice against his servants, even in the Middle District of Tennessee. He that is Higher than the highest sees all, and it is truly a fearful thing to fall into the hands of the Living God.

One of those persecutors described in this chapter was the wicked inquisitor and judge, Stephen Gardiner, who was responsible for unjustly sentencing many a Christian to prison and others to death. On the same afternoon the famous and faithful martyrs, Bishops Latimer and Ridley, were burned at the stake by his order (October 16, 1555), Gardiner sat down with a merry heart for dinner. After only a few mouthfuls, he was suddenly seized by a violent illness and spent the last two weeks of his life bedridden with terrible torment, unable to evacuate from either end. He, like King Herod mentioned above, died in considerable pain. Bloody Queen Mary only outlived Gardiner, whose authority she appointed, by three years. She, too, died in misery confined to her bed. Elizabeth, a righteous woman unjustly charged and imprisoned during her sister's reign, then became Queen of England, and one of the most important providences in all of history, a divine providence that paved the way for religious liberty to eventually settle on the shores of America, occurred during her reign—the miraculous defeat of the Spanish Armada in 1577. Indeed, *"Woe unto the world because of offences! for it must needs be that offences come" (Matthew 18:7a)* … and indeed, the Providence of God doth make *"every thing beautiful in his time" (Ecclesiastes 3:15)* and *"all things work together for good to them that love God, to them who are the called according to his purpose" (Romans 8:28) … "BUT WOE TO THAT MAN BY WHOM THE OFFENCE COMETH" (Matthew 18:7b)!*

May these facts of history be a sober reminder, Judge. The LORD sees an unjust charge, and He sees an unjust sentence upon decent, God-fearing people like Coleman. Either way, all things will work together for good for Dr. Boyd, but the LORD sees, the LORD remembers, and the LORD repays those by whom unjust offences come. You would do well to pause and take heed before issuing a prison sentence upon a just man who "broke the law" by simply singing hymns, praying to God in a hallway, and holding a camera. You know the charges against Dr. Boyd were asinine. And you know in your heart of hearts that the verdict in this matter was preposterous. You still have opportunity to do what is right by showing clemency in your sentencing.

My prayer is that as I reason with you in this letter of righteousness, temperance, and judgment to come, you will tremble, as did the Roman Governor Felix when Paul the Apostle reasoned of the same (Acts 24:24-25). My prayer is that your conscience will be like that of the wife of Pontius Pilate, who warned her husband concerning Jesus: *"Have thou nothing to do with that just man: for I have suffered many things this day in a dream because of him" (Matthew 27:19).* May that same type of dream concerning unjust conviction of a just man plague you. And may your response be the opposite of Pilate. He refused to listen to his wife. I trust you will listen to your conscience.

It also bears mention, Judge Trauger: that same LORD who dropped both King Herod and Stephen Gardiner and who caused both Felix and the wife of Pontius Pilate to tremble, He also particularly cares for the

fatherless and the widows, and He avenges them. Unjustly sentencing Mr. Boyd to prison would, in effect, render his precious wife a widow and his precious thirteen children (four of them once orphans adopted by this godly family) fatherless orphans. In light of abundant Old Testament Scriptural testimony (e.g. Deuteronomy 10:17-18; Psalm 146:9; Isaiah 10:1-2; Zechariah 7:9-10; Malachi 3:5; etc.), this is a very dangerous thing to do. Beware! For God *"doth execute the judgment of the fatherless and widow (Deuteronomy 10:18)."*

In conclusion and with all due respect, you must also understand: there are many of us Bible-believers in America who see Dr. Coleman Boyd and his fellow defendants as persecuted Christians and HEROES OF OUR FAITH. No unjust charge, no unjust conviction, and/or no unjust sentence will change that. It will only strengthen our resolve to defy tyranny, to preach against such wickedness, and to be willing to suffer for righteousness' sake as these have done. Their example only emboldens us to be willing to lay down our very lives for what is right and what is true. And, like Jesus Himself before Pilate, the Apostle Paul before Felix, and even those righteous English bishops, Hugh Latimer and Nicholas Ridley, before Bloody Mary and Stephen Gardiner: WE ARE NOT AFRAID TO STAND BEFORE TYRANTS AND UNJUST JUDGES. We believe, like Hugh Latimer, who spoke to his fellow martyr as the flames were lit on October 16, 1555: *"Be of good comfort, Master Ridley, and play the man; we shall this day light such a candle by God's grace in England as shall never be put out."* To this day, that candle of God's Word has not been put out, and it will not be put out.

There are also many of us in America who are finding it more and more difficult to take the American justice system seriously. When a system that is supposed to restrain evil while rewarding good devolves to actually restrain good while rewarding evil, wielding law and punishment unequally as a weapon, it cannot be respected; it cannot be honored; and it cannot be obeyed. There are many of us—peaceful, God-fearing, and law-abiding citizens—who watch these things, who study history, and who know where such things lead. We are forced to consider and to contemplate what it looks like when a justice system fails, forcing the people to act. History is full of sobering testimony, and it should give us cause to fear and tremble.

Please indulge me with one final lesson of history in this remonstration, and please soberly ponder upon it. As Paul the Apostle once admonished young Timothy: *"Consider what I say; and the Lord give thee understanding in all things" (II Timothy 2:7) …*

The earliest mafia enclave in the United States was in New Orleans in the 1880s, and corruption and illegal activity eventually infested all levels of local government—executive, legislative, and judicial. It was a time when good was punished and evil rewarded, a time of unjust charges, unjust convictions, and unjust sentences. Amidst the law-fare, however, an honorable police chief, a lesser magistrate by the name of David Hennessy, declared war on this corruption and sought to use the law enforcement role entrusted to him to clean up his city. On October 15, 1890, this police chief was executed point-blank with a slough of shotgun blasts right out in public. Nineteen mafia persons were charged with this murder and were put on trial. That trial was an incredible joke. The jury was tainted, more than 60 potential witnesses were intimidated or bribed to change their stories, and a crooked judge just looked the other way. Despite overwhelming evidence, the jury acquitted 16 of the 19 defendants and were hung with regard to the remaining three. The local government of New Orleans failed on all fronts in this matter to properly execute judgment upon evil and to provide for the safety of its citizens. Before the prisoners could even be released that day, people of the city collectively rallied to a New Orleans attorney by the name of W.S. Parkerson. He declared: *"When the courts fail, the people must act! What protection or assurance of protection is there left us when the very head of our police department, our chief of police, is assassinated in our very midst by the Mafia society, and his assassins again turned loose on the community? Will every man here follow me and see the murder of Hennessey vindicated? Men and citizens of New Orleans follow me!"*

Parkerson and a group of about 60 prominent citizens of the city marched to the local jail, apprehended the guilty perpetrators set to be released. Two were hung from a lamppost. Seven were executed by firing squad. And, others were gunned down as they tried to flee or hide. The corpses were then hung from the trees. When the entities elected by the people failed to execute proper wrath against evil and properly protect that which is good, the people stepped in collectively to insure it was done.

There is indeed a time for the PEOPLE, as the final authority in American government, to step in and fulfill what its elected representatives and its courts refuse to do in terms of their God-ordained role to punish that which is evil and to protect that which is good (Romans 12:9-13:5), not the people INDIVIDUAL, but the people

COLLECTIVE. The Bible describes this time several different ways in Ecclesiastes 3: *"a time to pluck up that which is planted" (3:2)*, *"a time to break down" (3:3)*, *"a time to cast away stones" (3:5)*, *"a time to cast away" (3:6)*, *"a time to rend" (3:7)*, and *"a time of war" (3:8)*. It is not a time we should seek or to invite, for such times are usually very difficult and ugly (e.g. the American Revolution of 1776-1781 and the Romanian Revolution of 1989). But, the time for this rending does come, sooner or later. And, it can be dangerously close in a nation when its people, especially the decent folk, can no longer respect or honor a corrupt judicial system that wields the law as a weapon, that punishes goodness and rewards evil.

Your sentencing in this seemingly insignificant matter involving a righteous and godly family man, a tireless emergency room doctor, a hard-working farmer, and a faithful Christian missionary, could go a long way toward staving off this dangerous coming day or a long way toward inviting it. If and when the *1890 New Orleans Treatment* does come for our 21st century American justice system on a national scale, something I pray against, will it be said that Judge Aleta Trauger, in the matter of Dr. Coleman Boyd and the Christian pro-lifers, was a part of the very problem that brought the day? Or, will it be said that she acted justly within the bounds of her sentencing authority to stem the tide of that day? My prayer is that your conscience will drive you to the latter, not simply for Coleman's sake, but for yours.

One last thing must needs be communicated: There are many more of us in America, like Dr. Coleman Boyd, who loathe and grieve the murder of unborn children in our nation. Unjust prosecution, conviction, and even sentencing of pro-lifers will not cause us to cower in fear. It will only make our voices louder and our cries unto the LORD more frequent. Like Coleman, and in the words of the late songwriter, Keith Green, we will continue to declare:

*I find it hard to just ignore*
*The murdered unborn children.*
*Yes, times have changed,*
*But still God warns:*
*YOU SHALL NOT TAKE A LIFE.*
*I want to save a life today.*
*I want to keep one alive for my father,*
*WHO WILL AVENGE THE BLOOD*
*Of weak and helpless ones someday,*
*Whose lives are spilled out like water,*
*And lambs in the slaughter,*
*And each one his hand made by Jesus.*

Please feel free to contact me with any concerns or questions regarding this letter or this matter. And please remember, when it comes to Dr. Boyd's sentencing, fail not *"to do justly, and to love mercy, and to walk humbly with thy God" (Micah 6:8)*. In this, you will indeed find honor, the Lord's reward, and the gratitude of many good people and respectable American citizens.

Very Respectfully Yours,

*Jesse M. Boyd*

Jesse M. Boyd
*Pastor, New Testament Christian Fellowship*
*President, Full Proof Gospel Ministries*
*8164 W NC 10 Hwy.*
*Vale, NC 28168*
*(828) 292-0045*

FPGM
PO Box 791
Conover, NC 28613



GREENSBORO NC 270
PIEDMONT TRIAD AREA
17 MAY 2024 PM 6 L

Judge Aleta Trauger
Fred D. Thompson, United States Courthouse
and Federal Building
719 Church St.
Nashville, TN 37203

37203-709566

**MINA O'CONNELL**

**111 Sunrise Drive**
**Boerne, Texas 78006**
**(210) 995-8968**

**The Honorable Aleta Trauger**
**Fred D. Thompson U.S. Courthouse and Federal Building**
**719 Church Street**
**Nashville, Tennessee 37203**

May 14, 2024

Re: Six Prolife American Tennesseans Facing Sentencing

Dear Judge Trauger:

I have heard of the six peaceful protesters, including Dr. Coleman Boyd, who will be sentenced on July 2, 2024. I respect that a jury has convicted them. Please Judge, understand that Dr. Coleman and his wife Robin Coleman love children and have 13 of them. They were heartbroken over the abortion deaths of babies in the womb, the most vulnerable among us. These prolife Americans are not hardened criminals, but adults who love and protect children.

My U.S. Representative Chip Roy and U.S. Senator Mike Lee are working to repeal the FACE Act which this case considers. Judge, please know that our nation is divided over these issues and exercise leniency in your sentencing of Dr. Coleman and the other prolife individuals. They have many children to take care of at home. Please don't send them to a federal penitentiary for years. Thank you very much for your consideration, and we are praying for you.

Respectfully,

Mina O'Connell MA MS LMFT PLLC
Licensed Marriage and Family Therapist

Mina O'Connell
111 Sunrise Drive
Boerne, Texas 78006

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
17 MAY 2024 PM 3 L



The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and Federal
Building
719 Church Street
Nashville, Tennessee 37203

37203-709499

To: The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse
719 Church Street
Nashville, TN 37203

RE: Pro-Lifers facing prison time

Your Honor,
I speak the Name of Jesus over this case of Pro-Lifers standing for life. This America, land of the free and home of the brave, has been a light unto the world for many years.
Please dismiss these Charges —

In Jesus' Name,
Ruth Gibson

May 16, 2024



Ruth Gibson
4 Silverleaf Ln
Hattiesburg, MS 39402-9405

GULFPORT MS 395

17 MAY 2024 PM 2 L



The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse
719 Church Street
Nashville, TN 37203

05/19

Velma Clemons

5.16.2024

Dear Honorable Aleta Traugor,

I am writing you as the Judge in the case of Dr. Coleman Boyd. He has been found guilty of violating the FACE act and a Conspiracy Against Rights statue. This is the first time in history this has been legally used!

Please note these people were protesting peacefully on March 5, 2021 in Mount Juliet, Tennessee to persuade mothers not to kill their innocent babies by abortion.

I plead for your gentleness in this case. Thank you, completely,

Sincerely, Velma Clemons

Velma Clemons
1000 NW B St
Bentonville, AR 72712

NW ARKANSAS AR 727

17 MAY 2024 PM 1   L

RECEIVED

MAY 2 2 2024

U.S. District Court
Middle District of TN

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and
Federal Building
719 Church Street
Nashville, TN 37203

37203-709499