215 Hoot Owl Hollow Road
Troy, MO 63379
June 1, 2024

The Honorable Aleta Trauger
719 Church Street
Nashville, TN 37203

RECEIVED
JUN 11 2024
U.S. District Court
Middle District of TN

3:22-cr-00327

Your Honor,

    I am writing on behalf of six fellow citizens charged with violating the FACE Act, specifically Dr. Coleman Boyd and his wife Robin. These Americans were simply doing what their faith required of them. They believe life begins at conception and therefore that they could not allow human life to be destroyed by abortion. Had they stopped a person on the street from killing a helpless infant, they would now be being celebrated as heroes. But, since they tried to save unborn infants, they are in danger of punishment.

    I ask you to rule fairly, justly, and even with mercy in this case. After all, the Colemans have 13 children of their own who need their parents. May you have wisdom in your courtroom, in this case and all others that you hear.

Sincerely,

Katherine Wellgast

615 Shoot Owl Hollow Road
Troy, MO 63379

SAINT LOUIS MO 630

3 JUN 2024 PM 6 L

The Honorable Waverly Granger
Fred D. Thompson U.S. Courthouse
and Federal Building
719 Church Street
Nashville, TN 37203

**RECEIVED**

JUN 11 2024

U.S. District Court
Middle District of TN

37203-709499

The Honorable Aleta Trauger

Fred D. Thompson U.S. Courthouse and Federal Building

719 Church Street

Nashville, TN 37203


The Honorable Aleta Trauger


Please Your Honor, exercise leniency in sentencing Coleman Boyd and the 5 codefendants. They are NOT violent criminals and should not be sent away to a federal penitentiary.

Thank you for your consideration


Yours Truly

*Claron Krill*
*Mary Krill*



METROPLEX MI 480
3 JUN 2024 PM 3 L

3203-705455

The Honorable Aleta Trauger
Fred D. Thompson & Federal Bldg
719 Church St
Nashville TN 37203

Rev. Michael S. Warren
Christ Community Church
36 Coleman Creek Rd.
Brockport, NY 14420

June 3, 2024

The Honorable Aleta Trauger
Fred D. Thompson US Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

Dear Judge Trauger,

I would like to address the character of Mr. Dennis Green hopefully to give you some perspective before his pending sentencing. I have known Dennis as a missionary that has brought the gospel of Jesus Christ to people that endure oppressive regimes. Dennis would sacrifice time and his own treasure to travel overseas to share the great love of God with people who had never heard of God's great love.

Our family has supported Dennis's missionary trips through donations and through the giving of our used books that he resells to finance these trips. Dennis and his family have always shared the truth of the gospel of Jesus Christ peacefully and compassionately. This family has a dear love for our nation. I know that they are praying for our government leaders, our representatives, and judges. All their actions as pro-life missionaries have the focus of service, preserving life, and ministering to families and single mothers in need. They have spent their lives in service to others and to our Lord Jesus Christ.

We prayerfully followed Dennis and his family's travails when Dennis was fighting for his life, battling cancer. He was miraculously healed. Please be merciful in any sentence that is decided. Dennis has a large family and many grandchildren who would dearly miss their father's presence.

Respectfully,

*Michael Warren*

Rev. Michael S. Warren
Care Pastor Christ Community Church

Rev. Michael Warren

**CHRIST COMMUNITY CHURCH**
36 Coleman Creek Rd
Brockport, NY 14420

ROCHESTER NY 144
3 JUN 2024 PM 1 L

37203-709455

The Honorable Aleta Trauger
Fred P. Thompson Courthouse & Fed. Bldg.
719 Church St.
Nashville, TN
37203

June 4, 2024

The Honorable Aleta Trauger
Fred D. Thompson US Courthouse
  and Federal Building
719 Church Street
Nashville, TN 37203

Re: Dennis Green, Sentencing July 2024

Dear Judge Trauger:

Denny Green has been in various ministries throughout his lifetime. He has raised a beautiful family (please see attached "The Family" in which he gave an update on his kids less than a year ago).

I first met him when his two eldest children were small and he brought them to the abortion clinic to give witness to himself. At the time his 2nd born was just a toddler and now in his 30's. Then he started to bring number three. He and his wife, Ruthy met in college and have always supported each other. They went on to have children until they didn't come anymore. When his children were young he had one pregnant woman after another share his family's home for as long as she needed before and after the pregnancy. Later, with his children, he built a home from scratch with their own hands.

I ask for your mercy and leniency on Denny at his sentencing next month. He has no agenda to cause an overthrow of government but allowed himself to be arrested. My experience is that the women coming out of the clinic after the procedure had no idea it would be so emotionally hard of them. Devastation would be the best word. Would it have been better to try to keep them from entering instead of "I told you so."

Denny is a sincere man, quiet and humble. His family needs him. His life is precious. He took the lead for me in standing up in court for me decades ago without being asked to, and made a difference, by being himself. Please show your mercy to Denny, which you are allowed to do and which I hope you do.

Sincerely,

Mary Juarez
524 S. Beach St.
Apt. 511
Daytona Beach, FL 32114
(386) 307-7808

## The Family

All is going well here with the Green family.

Ruthy and I will soon celebrate our 35th anniversary.

I follow up regularly with my oncologist and remain cancer-free.

Caleb is in his thirties now and is married with 3 children, Paton, Josiah, and Haven. His wife's name is Genna. He is a contractor with his own construction company. They live in Richmond, which is about an hour or so from us.

Christian, who is also in his thirties, is married to Sarah and they are expecting baby number three. They have Joshua and Thomas and are expecting a girl for number three. Christian is a millwright foreman. They live about an hour and a half from us.

Gabriel is 28 and lives in Arizona with his wife Amanda and son, Anthony. They are expecting as well.

Charity is 26 and she is married to Zack. Zack sells and delivers sheds/barns. They are expecting #3 in September. They have Hudson and Briella and live about an hour from us. They go to the same church we do so we see them often. They recently purchased a house.

Malachi is 25 and lives right down the road from us. He has his own business hauling mini-barns. He is engaged to Kirsten and they will get married Sept. 2.

Hosanna is next in line. She lives in PA. She is married to Ray and they have a little girl, Selah. Ray also has his own business advertising for the Amish/Mennonite community. They are expecting #2 in Sept.

Noah is about 22 now and he lives about 5 minutes away and he works for Malachi delivering barns.

Faithful is next. She currently lives with Christian and Sarah.

Nathan is 19, still living at home, and works delivering trailers.

Naomi is 17 and is almost done with school. She is Dad's main helper in the bookstore. She does most of the cooking around here because she says I make the same things all the time. She has turned into quite the accomplished chef.

Judah is 14 and wishes he could be done with school. He is a great help to us keeping up with the outside chores (mowing, bush hogging, and vehicle maintenance) to free Dad up to work in the bookstore.



## Outreach at the Abortion Mills in Virginia

Mercy is 12 and is in the 6th grade. She is a big help around the house and helps to keep Benjamin occupied and entertained.

Benjamin is now 10 and we are getting ready to teach him to read. He has Down Syndrome so it has been slow and steady progress but he'll get there. He is the sunshine around here. He and Denny are best pals.
prayers offered for me during that time.



Mary Juarez
524 S Beach St Apt 511
Daytona Beach, FL 32114

ORLANDO FL 328
4 JUN 2024 PM 3 L

FOREVER USA
Dog Bite
Awareness



37203-705499

The Honorable Aleta Trauger
Fred D. Thompson
US
Courthouse + Federal Bldg
719 church St.
Nashville, TN 37203

May 30, 2024

Honorable Aleta Trauger,

In reference to an article I recently read, I feel convicted to write to you. The people being charged with "blocking a reproductive health care facility" in Mt. Juliet Tennessee on March 5, 2021 were actually trying to peacefully talk women out of killing innocent helpless babies. Abortion has nothing to do with reproduction. It is murder in the first degree (planned + executed)

I beg you to exercise leniency in sentencing to these six "pro-lifers". They are not violent criminals and should not be punished for their Christian beliefs.

Respectfully,
Shirley Brady



Shirley Brady
2127 Lemon St
Deland, FL 32720-4559

ORLANDO FL 328

4 JUN 2024    PM 5   L



The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse, Fed. Bldg.
719 Church St,
Nashville,
        Tn, 37203

37203-709499

June 4, 2024

TO:     The Honorable Aleta Trauger
        Fred D. Thompson U.S. Courthouse and Federal Building
        719 Church Street Nashville, TN 37203

SUBJECT: Upcoming Sentencing of Six Pro-Lifers

Honorable Judge Trauger,

I am writing to you on behalf of the six individuals who were convicted of a felony conspiracy against rights and violating the Freedom of Access to Clinic Entrances Act (FACE Act). Chester Gallagher, Heather Idoni, Calvin Zastrow, Coleman Boyd, Paul Vaughn and Dennis Green are not violent criminals. I just ask that you please exercise leniency in their sentencing because they should not be sent away for years into a federal penitentiary.

These people just want to provide babies with the same right to life as we all have. Abortion is not reproductive health services. It has nothing to do with reproduction. That is a defenseless human being inside the mother's womb and killing them is murder. If we saw someone taking a 2-year-old into a house to murder her, and we stopped it, we would not be breaking the law. In fact, we would be in the wrong by sitting there and doing nothing about it. Why is it that trying to convince an abortion-minded mother to not murder her baby is any different?

Again, I just ask for your leniency towards these six individuals. They are not bad people, but just trying to save the lives of those who cannot defend themselves. I pray that our great God will guide you in your decisions, bless you and keep you. Thank you for your time and consideration in this matter.

God Bless,

Brad Johnson

For You formed my inmost being; You knit me together in my mother's womb.
Case 3:22-cr-00327     Document 609     Filed 06/11/24     Page 14 of 54 PageID #: 4018
Marvelous are Your works, and I know this very well. Psalms 139:13-14



RALEIGH NC 275
Research Triangle Region
5 JUN 2024 PM 6 L

37203-709499

The Honorable Aleta Trayger
Fred D. Thompson U.S. Courthouse & Federal Bldg,
719 Church St, Nashville, TN 37203



Brad Johnson
Como, NC 27818

To the Honorable Aleta Trauger:

Your honor,

We are writing to ask you to exercise leniency as you hear the case of the six pro-lifers in July and sentence them. Please be mindful that they are not violent, just people with firm beliefs. To send them away to a federal penitentiary would be unjust and harsh when they were only speaking their constitutional rights as citizens in their beloved country.

Sincerely yours,
William and Carol Beard
Yorba Linda, CA



William Beard
6072 Sandy Hill Ln
Yorba Linda, CA 92886-5835

SANTA ANA CA 926

5 JUN 2024 PM 1 L



The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and Federal Bldg.
719 Church Street
Nashville, Tenn.

37203

37203-709499

Alicia Schreibeis
5708 Danford Rd
Billings, MT 59106
aliciaschreibeis@yahoo.com
406-672-2278


6/4/2024


The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, TN 37203


Dear Judge Aleta Trauger,

I am writing to offer my heartfelt support for Dennis Green who is currently facing federal Conspiracy and FACE Act violation charges. As someone who has known Dennis for the last five years, I feel compelled to share my perspective on his character and to advocate for a fair and just resolution to his situation.

Throughout my interactions with Dennis, I have consistently witnessed his integrity, kindness, and dedication to his family as well as his "neighbors" on the street corners. He has always demonstrated a strong sense of empathy towards others, and his actions have consistently reflected a commitment to upholding ethical principles. Denny is highly respected, both at home, by the Amish community he serves, at church, and even amongst complete strangers. He is the kind of husband, father, and leader that any respectable parent would hope their young daughter would one day find as their companion.

While I understand the seriousness of the allegations against Dennis, I firmly believe that Dennis's actions were motivated by a deep-seated commitment to protecting the most vulnerable members of our society, and to honor God through his Biblical convictions.

Your Honor, I respectfully urge you to consider the entirety of Dennis's character and his lack of a criminal or violent record. I believe he undoubtedly has the capacity to remain a meaningful contributor to his community and poses zero threat of harm or danger to anyone.

Thank you for taking the time to read this letter and for considering my perspective.

Sincerely,

Alicia Schreibeis



Alicia Schreibes
5708 Danford Rd
Billings, MT 59106

BILLINGS MT 591
5 JUN 2024 PM 2 L

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

37203-709499

Dear Honorable Trauger,

Please your Honor exercise leniency
in sentencing for the six pro-
lifers. They are not violent
criminals.

Sincerely,
Doris Bush

Mrs. Doris Bush
4205 Jacks Hollow Rd
Williamsport PA 17702-8440

HARRISBURG

4 JUN 2024 PM 3 L

The Honorable Aleta Trauger
Fred D. Thompson US Courthouse &
Federal Bldg,
719 Church St.
Nashville, TN 37203

FOREVER USA

June 4, 2024

To the Honorable Aleta Trauger:

This letter is in regards to the upcoming sentencing of pro-life defendants in July which we understand you will be responsible for. Brother Denny Green attends the same church our family does here in Virginia and it is hard for us to imagine Mr. Green being sentenced for supporting what is right.

Would you please consider what message you are giving to families like us if you sentence Denny? Would you not be saying that my wife and I should have murdered our 8 children? Do you feel that you have more of a right to be alive than the millions of unborn infants whose deaths you would be supporting if you sentence Mr. Green?

Above all, would you consider God, whom you will one day stand before and give account for the decision you make in this matter? 2 Corinthians 5:10 For we must all appear before the judgment seat of Christ; that every one may receive the things *done* in *his* body, according to th at he hath done, whether *it be* good or bad.

Thank you kindly for your consideration!

*Jason & Marianne Miller*

*Jordan Daniel*
*Logan Mark*
*Justus Origen*
*Andrew Felix*
*Destiny Hope*
*Serena Shalom*
*Adriel Orion*
*Lashawn Jason*

MILLER FAMILY
8161 MOLLYS MOUNTAIN RD
AMHERST VA 24521

GREENSBORO NC 270
PIEDMONT TRIAD AREA
5 JUN 2024 PM 1 L

THE HONORABLE ALETA TRAUGER
FRED D THOMPSON US COURTHOUSE · FED BLDG
719 CHURCH ST
NASHVILLE TN 37203

37203-709499



**GOOD NEWS**
FREE WILL BAPTIST CHURCH
*Carrying the gospel in every direction*

June 4, 2024

To Honorable Aleta Trauger:

Re: July 2nd sentencing of six defendants convicted of violating the FACE act.

Please your honor, exercise leniency in sentencing. As a fellow American and as a pastor who has ministered for 45 years to Americans I have been preoccupied with justice as yourself. I realize the very concept of justice is more difficult today to find agreement on than anytime in my life. I know you have a very challenging role to play and I pray God would grant you wisdom as you carry out your responsibility. I know Denny Green personally and have found him to be a kind, considerate man that genuinely cares for others and who has no malice in his heart for anyone. His wife is a sweet and caring person. I'm asking you to be lenient, knowing their is no violence perpetrated or even considered in this matter. Thank you for reading this letter.

Sincerely,
Glen E. Johnson

(804) 744-9071
gnfwbc@goodnewsfwb.org
www.goodnewsfwb.org
5200 Courthouse Rd
Chesterfield VA, 23832
Pastor Glen Johnson



—GOOD NEWS—
FREE WILL BAPTIST CHURCH
*Carrying the gospel in every direction*
5200 Courthouse Road | Chesterfield, VA 23832

RICHMOND VA RPDC 230

5 JUN 2024

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthoused
and Federal Building
719 Church St.
Nashville, Tn. 37203

37203-7089499

To The Honorable Ms. Trauger,

Your Honor,

I'm writing to plead for leniency for the six Pro-lifers being sentenced for violating the FACE act. They aren't violent criminals and shouldn't be sent to Federal prison for obeying their biblical, and church, teaching to peacefully protest at an abortion clinic in 2021 by singing, praying, and Talking to mothers of unborn babies to save their babies from destruction. One of those protestors is an ER doctor who has devoted his life to save lives.

The FACE act forbids "blocking a reproductive health care facility", but abortion has nothing to do with reproduction! I'm asking you to show mercy and empathy towards the Pro-lifers. Thank you for your time and attention. I'm the mother of 8 wonderful kids.

Barbara a Miller

Barbara A Miller
400 Necanicum Dr Apt 2
Seaside OR 97138-5958

PORTLAND OR  972

5 JUN 2024   PM 6   L



The Honoreble Aleta Trauger
Fred D. Thomson U.S. Courthouse &
719 Church St.       Federal Bldg.
Nashville, TN 37203

37203-709499   06/07

Lynne Smith, RN, MA, MS, CFNP
1238 Beechdale Dr
Mansfield, Ohio 44907
June 6, 2024

The Honorable Aleta Trauger
Fred D Thompson US Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

Dear Judge Trauger,

I am writing to encourage you *to exercise leniency in the sentencing of those being charged with interfering in women getting abortions.* Would you convict a person who tried to stop the murder of a four year old child, even with the mother's approval? Unfortunately, our culture does not view the killing of preborn persons in the same way we have customarily viewed the taking of other lives. Predictably that also is changing.

As I'm sure you realize, these pro-life people are not violent criminals and should not be sent away for years into a federal penitentiary for seeking to help and love confused mothers, while in the process also saving the lives of their offspring.

I switched from a prochoice person to a prolife person, at least emotionally, by working with these victimized mothers who had believed the lie that the best way to deal with their problems was to kill their own children. Some may think it does not affect them, but many are incredibly disturbed and affected in the aftermath of their drastic actions. Besides, most are there under coercion and if they know there is help they will often choose life. I've never met a mother who regretted choosing life; but I have met those who regretting choosing death.

Please, Judge, do justice and show appropriate mercy.

Sincerely Yours,

Lynne Smith

L Smith
1328 Beachdale Dr
Mansfield, OH
44907

CLEVELAND OH 440
6 JUN 2024 PM 6 L

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse +
Federal Building
719 Church Street
Nashville, TN

Honorable Aleta Trauger:

I am writing to ask you to show leniency in the sentencing of Denny Green.

No one should be sent to prison for peacefully trying to support women in pregnancies and peacefully trying to save lives. It is a shame for our Country to be punishing citizens for peacefully praying and singing in public. Is this China or some other oppressive regime? Surely you don't condone this as justice.

Respectfully,

Tala Forehand

T. Forhand
3575 CR 344
Silt, CO 81652

RECEIVED IN CHAMBERS

06 JUN 2024 PM 1 2

Hon. Aleta Trauger
Fred D. Thompson U.S. courthouse
719 Church Street
Nashville, TN 37203

FOREVER/USA

The Honorable Aleta Trauger
Fred D Thompson US Courthouse
719 Church Street
Nashville, TN 37203

Mark Gabriel
3013 Schaefer Circle
Appleton, WI 54915


Dear Judge Trauger,

I am writing to ask for leniency in your
sentencing of Mr. Dennis Green. I have great
respect for Mr. Green as a faithful and dedicated
husband, father and grandfather. He and his wife
have a large family that love him and need him.

I also have great respect for Mr. Green's selfless
service to others, having run a home for unwed
mothers and has gone on many mission trips around
the world. Instead of investing in what this world
has to offer, he has invested in people - helping, loving
and serving.

Like myself, millions of Americans agree with
Mr. Green that abortion is a violent and brutal
attack and murder of an innocent child. We
commend him for his peaceful, prayerful and
sacrificial attempt to save human lives.

Please be lenient in your sentencing to restore him
to his family.

It is true; most people are pretty good. However, contrary to popular opinion, not all good people go to Heaven. In fact, you do not have to be a bad person to go to hell. Notice what the Bible says in Titus 3:5: *"Not by works of righteousness which we have done, but according to his mercy he saved us..."* The Bible also states in Ephesians 2:8-9, *"For by grace are ye saved through faith; and that not of yourselves: it is the gift of God: Not of works, lest any man should boast."* You can see that even if you are a good person, God's Word declares that your goodness is not sufficient to merit Heaven.

Another interesting fact found in the Bible is that you are not really as good as you think you are. Ecclesiastes 7:20 states, *"For there is not a just man upon earth, that doeth good, and sinneth not. As it is written, There is none righteous, no, not one: For all have sinned, and come short of the glory of God;"* (Romans 3:10, 23)

It is true that you must have goodness to get to Heaven, but the truth is you do not possess that goodness in and of yourself. *"But your iniquities have separated between you and your God, and your sins have hid his face from you, that he will not hear."* (Isaiah 59:2) *"For the wages of sin is death; but the gift of God is eternal life through Jesus Christ our Lord."* (Romans 6:23) You see, everyone deserves to die and go to hell because of their sin;

however, Jesus loved us so much that He shed His sinless blood and died in our place. Three days later, Christ arose from the grave, proving that He had conquered death and hell, and establishing that He alone has the power to give us eternal life. *"But God commendeth his love toward us, in that, while we were yet sinners, Christ died for us."* (Romans 5:8)

Think about this. If your goodness could save you, Jesus would have died in vain. The fact is no one can possibly get to Heaven on their own. Jesus Himself stated in John 14:6, *"I am the way, the truth, and the life: no man cometh unto the Father, but by me."*

Perhaps by now you are wondering how you can obtain Jesus Christ's goodness for yourself. It is really very simple. First, you must be genuinely sorry for your sin. Luke 13:3 states, *"... except ye repent, ye shall all likewise perish."* True repentance produces a new way of living. *"I thought on my ways, and turned my feet unto thy* (God's) *testimonies."* (Psalm 119:59)

Secondly, you must believe that Jesus died for you. *"That if thou shalt confess with thy mouth the Lord Jesus, and shalt believe in thine heart that God hath raised him from the dead, thou shalt be saved. For with the heart man believeth unto righteousness; and with the mouth confession is made unto salvation."* (Romans 10:9-10)

Finally, ask Him to save you and take you to Heaven when you die. *"For whosoever shall call upon the name of the Lord shall be saved."* (Romans 10:13). Please call on Him today. You have no guarantee of tomorrow. What a tragedy it would be for a good person like you to die and go to hell.

Why not ask Him to save you right now? You can pray from your heart a simple prayer like this one: *Dear Lord, I now realize that I am a sinner and that You died for me. I repent of my sin, and ask You to now come into my heart, save me, and take me to heaven when I die. Thank You, Lord, for saving me. In Jesus' name, Amen.*

If you have decided to trust Jesus Christ as your Saviour after reading this tract, please write and let us know.

Name _Mark & Michelle Gabriel_

Address _3013 Schaefer Circle_

City _Appleton_  Zip _54915_

State _Wisconsin_  Age _63_



**FELLOWSHIP TRACT LEAGUE**
P.O. BOX 164 • LEBANON, OH 45036
www.fellowshiptractleague.org © Tract 114
All tracts free as the Lord provides. Not to be sold.



# I'm a Pretty Good Person

I would never hurt anybody. I am honest. I love and care for my family. Surely I will go to Heaven when I die.

Mark Gabriel
3013 Schaefer Circle
Appleton, WI 54915

MILWAUKEE WI 530
6 JUN 2024

Alice Hamilton MD
SOCIAL REFORMER
USA55

Silver Collection

Bite
USA

37203-709499

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse
719 Church Street
Nashville, TN 37203



June 6, 24

Your Honor,
    I am writing in regard to the conviction of Dr. Coleman Boyd and five others for violation of the "Freedom of Access To Clinic Entrances Act".

    Your Honor, please exercise leniency in sentencing. These people are not violent criminals and should not be sent to a federal penitentiary for any length of time let alone years.

Sincerely
Mrs. Marcia Emerson
4575 Pine Top Rd
Henderson, Tn. 38340

Marcia Emerson
6575 Pine Top Rd.
Henderson, TN 38340



MEMPHIS TN 380

7 JUN 2024 PM 2 L

The Honorable Aleta Trauger
Fred D. Thompson US. Courthouse +
Federal Building
719 Church Street
Nashville, Tn. 37203

37203-709499

In God we Trust

June 7, 2024

To the Honorable Aleta Trauger:

There will be a case on July 3, 2024 involving Dennis Green and 10 other individuals. In January, 2021, the above mentioned were charged with trespassing at an abortion facility. Later, the issue was settled with the community, each person was fined and that was the end of it.

This case, technically, should be done with but it will now appear in your court.

We are asking for leniency for any sentencing and wondering how someone can be tried twice for the same thing.

Respectfully,

Gene and Bonnie Evans
1920 Maple Shade Lane
Richmond, VA  23227

RICHMOND VA RPDC 230

7 JUN 2024 PM 8 L

FOREVER/USA

The Honorable Aleta Trauger
Fred D Thompson US Courthouse
Ane Federal Building
719 Church Street
Nashville, Tennessee 37203

37203-7054699

1920 Maple Shade Lane
Richmond VA 23227

June 6th, 2024

The Honorable Aleta Trauger

Fred D. Thompson U.S. Courthouse
and Federal Building
719 Church Street
Nashville, TN 37203

Tom Kimball + Family
& Friends of associates

14090 FM 2920
Tomball, TX 77377
281-351-6742

Please, Your Honor, excercise leniency in Sentencing. They are not violent criminals, and should not be sent away for years into a federal penitentiary.

Sincerely,

Tom Kimball, Family, & Friends of Associates

Tom & Cathy Kimball & Family
24040 FM 2920
Tomball, TX 77377

NORTH HOUSTON TX 773

7 JUN 2024 PM 1 L



The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse
and Federal Building
719 Church Street
Nashville, TN 37203
37203-7094933

June 3, 2024

Andre and Kelly Locklear
309 Patrick Street
Lynchburg, Virginia 24501

The Honorable Aleta Trauger
Fred D. Thompson US Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

Dear Judge Trauger,

We have known Dennis Green, who was convicted in your courtroom in January 2024, for 20 years. We are writing to implore you to consider the most lenient sentence possible for Denny for his July 3 sentencing hearing. Besides being a gentleman, a faithful father, husband, and grandfather, and a former cancer patient, he has given tirelessly to others over the years that we have known him. He has never promoted violence of any kind and has never harmed anyone in any way that can be described as violent. As such, we hope you will not consider prison a suitable penalty for the law he is convicted of breaking.

We know Denny will continue living his life as a faithful Christian whether he is in prison or not, but his family still needs his support and there is no chance of any harm coming to anyone for failing to sentence him to prison time.

Thank you kindly for considering our request.

Sincerely,

Andre and Kelly Locklear



Loehlein
309 Parks Street
Lynchburg VA
24501

GREENSBORO NC 270
PIEDMONT TRIAD AREA
6 JUN 2024 PM 1 L



The Honorable Aletta Trauger
Fred D. Thompson U.S. Courthouse & Federal Building
719 Church Street
Nashville, TN
37203

37203-705499

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and Federal
719 Church Street                    Building
Nashville, TN  37203

Re: Coleman Boyd and the other
5 Defendants
March 5, 2021 case

Please, Your Honor, exercise leniency
in sentencing. They are not violent
criminals and should not be sent away
for years into a federal penitentiary.

"But to those (honorable judges) who
rebuke the wicked, it will go well
with them and they will find delight,
And a good blessing will come upon them."

Proverbs 24:25

Thank You —
Texas

Texas 77665

NORTH HOUSTON TX 773

4 JUN 2024 PM 1 L

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and Federal
719 Church Street                              Building
Nashville, TN    37203

37203-709499

6101 Glenway Court
Richmond, VA 23225
804-584-7271

June 2, 2024

Dear Judge Trauger,

I write as a close friend of defendant Dennis Green, upon whom you will render sentence in one month.
I plead with you to decree extreme leniency in his case, as well as the 10 others who will also be in your honorable court.

Brother Green is a good & godly man who has followed his conscience and our Lord Jesus for more than 35 years. He simply does not believe our country should murder, as the Sixth Commandment states, especially of the unborn person in the womb. He is kind and humble, and would never engage in physical violence or advocate for it.

I pray that you would find it in your heart to have mercy on "Denny", and on his 13 children and 14 grandchildren. He lives out being a champion for life.

Your Honor, I thank you for your time and consideration, and "To the only wise God our Saviour, be glory and majesty, dominion and power, both now and ever. Amen."

Sincerely,

David Ashley Pegram, Sr.

JOY

David Pegram
6101 Glenway Ct
Richmond, VA 23225

RICHMOND VA RPDC 230

3 JUN 2024 PM 6 L





FOREVER

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and
Federal Building
719 Church Street
Nashville, TN  37203

37203-709499



David Pegram
6101 Glenway Ct.
Richmond, VA 23225-4313

*God Bless America!*



Vermeer®
MidSouth

MEMPHIS, TN | JACKSON, MS | LITTLE ROCK, AR
SPRINGDALE, AR | SHREVEPORT, LA

The Honorable Aleta Trauger
Fred D Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, TN. 37203

Re: Mr. Coleman Boyd                                              May 30, 2024

Your Honor,

Thank you for taking the time to receive and consider my letter.

I am writing to you on behalf of Mr. Coleman Boyd, an honorable family man in Hinds County,
Mississippi. Mr. Boyd and his family, comprising thirteen children, have a significant and positive
impact on our community. Their family dynamic is a testament to strong family values, where
teaching, learning, and the development of life skills are prioritized. It is always a joy to see them
participate in community activities, as their interactions set an exemplary model of how a family
should engage with and contribute to society.

The Boyd family lives with a profound sense of purpose, seeking to honor God first and foremost.
They place great importance on affirming and supporting each other, while also showing respect
and commitment to their community and nation.

Mr. Boyd, in particular, carries a strong sense of duty and responsibility toward his family. His
dedication to their well-being and development is evident in all aspects of their lives. The thought of
labeling such a devoted family man as a criminal feels deeply unjust.

I humbly ask for leniency in Mr. Boyd's sentencing. He has important work to continue at home,
nurturing and guiding his family. His presence is crucial not only to his immediate family but to our
community as a whole.

Thank you for considering my plea. May God bless you and keep you, and may His grace fall upon
you, giving you peace.

Sincerely,

*[signature]* Pres.

EQUIPPED TO DO MORE.

**Vermeer**

Vermeer MidSouth, Inc.
1200 Vermeer Cove
Cordova, TN 38018

HANDABLE ALETA TRAILER

37203-709499

FRED D. THOMPSON U.S. COURTHOUSE
719 CHURCH ST.
NASHVILLE, TN 37203

5 JUN 2024 PM

US POSTAGE
$ 00.64⁰
First-Class
Mailed From 39218
05/30/2024
032A 0061807604