The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

Brian Farrell
151 Grand Ave
Branson, MO 65616
June 7, 2024

Honorable Aleta Trauger:

I am writing you today to plead for leniency in sentencing Mr. Coleman Boyd and the other 5 co-defendants convicted of violating the FACE act on 3-5-21. Your Honor, they are not violent criminals, and should not be sent away for years into a federal penitentiary. That would not be good for them, their families, nor for society as a whole. I plead with you to exercise mercy and leniency. Thank you.

Sincerely,
Brian Farrell




Brian Farrell
151 Grand Ave.
Branson, MO 65616

SPRINGFIELD MO 658
8 JUN 2024 PM 3 L

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

RECEIVED
JUN 12 2024
US DISTRICT COURT
MID DIST TENN

James E Falls
1077 Sleepy Oak Lane
Forest VA 24551

June 6, 2024

The Honorable Aleta Trauger
Fred D Thompson U S Courthouse & Federal Bldg
719 Church Street
Nashville, VA 37203

Dear Honorable Trauger

There are many things happening to us in America that is changing the whole landscape of our great nation. One of those is the freedom to assemble and protest peaceably. I was recently made aware of a group of Nashville citizens who were peaceably protesting at an abortion clinic, some were arrested and tried. They will soon face sentencing.

I am a 91 year old man, raised in a family of eleven on a farm in Bedford County, Virginia. It troubles me that in my growing up years, we enjoyed lots of freedoms that are now being taken away from us today. For that reason I am asking you in your sentencing of these six (6) pro-life citizens to please be lenient. These individuals were peacefully expressing their concerns without causing harm to anyone. The ones who were being harmed and whom these protestors were attempting to protect were the unborn who had no representation or voice.

Thank you for what you do.

Sincerely,

James E Falls

JEF:mm




GREENSBORO NC 270
P&E
7 JUN 2024 P

JAMES FALLS
1077 Sleepy Oak Lane
Forest VA 24551

The Honorable Aleta Trauger
Fred D Thompson US Courthouse &
Federal Building
719 Church Street
Nashville TN 37203

37203-709459

June 7, 2024

To: The Honorable
Judge Fred D. Thompson
U.S. Courthouse and Federal Bldg.
719 Church St.
Nashville, TN 37203

Re: Dennis Green / TN Clinic Case

Dear Your Honor,

This letter is to ask your mercy for a lenient sentence for Dennis Green concerning the TN Clinic case. Please open your heart to consider the defendant's family members.

Thank you for receiving my letter.

Sincerely,

Marcia Nguyen



ORLANDO FL 328
8 JUN 2024 PM 3 L

The Honorable
Judge Fred D. Thompson
U.S. Courthouse and Federal Bldg.
719 Church St.
Nashville, TN 37203

37203-709499

M. Nguyen
1715 Country Ct.
Apopka, FL 32703

June 3, 2024

To The Honorable Aleta Trauger,

Sentencing on July 2, 2024
Concerning of the Pro-Life supporters,
Please have leniency on their sentencing. They are not violent criminals and do not deserve any jail time. I hope you will show mercy on their behave. Both my husband and I pray for the right decision be made.

God Bless
Bill and Tori Quinney
of Chesterfield, Va.



RICHMOND VA RPDC 230
7 JUN 2024 PM 6 L

The Honorable Aleta Trouger
Fred D Thompson U.S. Courthouse and
Federal Building
719 Church Street
Nashville, TN 37203

37203-705459



6-5-24

Honorable Aleta Trauger
U.S. Courthouse
719 Church Street
Nashville, Tn

Dear Honorable Aleta Trauger,

Please your Honor, exercise leniency in sentencing the six pro-lifers. They are not violent criminals and should not be sent away for years into a federal penitentiary.

Sincerely
Dorothy Wypach
10401 Gates
Mulliken, Mich
48861



Dorothy J. Wysack
10401 Gates Rd.
Mulliken, MI 48861-9719

The Honorable
Aleta Trauger
U.S. Courthouse
719 Church Street
Nashville, Tn
37203