The Honorable Aleta Trauger  
Fred D. Thompson U. S. Courthouse & Federal Bld.  
719 Church St.  
Nashville, TN 37203

June 7, 2024

3:22-cr-00327 CH

RECEIVED JUN 14 2024 U.S. District Court Middle District of TN

Dear Judge Trauger,

I am writing to you in regard to the six pro-lifers to whom you will be handing sentences in July.

Please, your Honor, exercise leniency in sentencing. They are not violent criminals and should not be sent away for years into a federal penitentiary.

May God give you wisdom in this sentencing process.

Trena Lieuwen

Trena Lieuwen

Trena Lieuwen
5717 Mt. Betty Dr.
Peachtree Corners,
GA 30092

ATLANTA GA RPDC 302
11 JUN 2024 PM 8 L



RECEIVED
JUN 14 2024
U.S. District Court
Middle District of TN

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse +
Federal Bld.
719 Church St.
Nashville, TN 37203

37203-709469

1400 S. 2nd St. B211
Minneapolis, MN  55454
June 10, 2024

The Honorable Aleta Trauger
Fred Thompson US Federal Court House Building
719 Church Street
Nashville, TN 37203

Your Honor,

I am writing to you to request clemency for Denny Green of "Life and Liberty" ministries of Virginia, who is scheduled for sentencing, I am told, on July 3, 2024.

I have known Denny and interacted with him on a weekly basis for most of the years 1985-2005, when I lived in Richmond, VA, in conjunction with "side-walk counseling," that is, efforts to afford women an alternative to abortion, especially women who have been pushed into it by difficult circumstances, a boyfriend, or whatever.  I am witness to the fact that women a few years later, with a beloved youngster in hand, have expressed their gratitude to Denny for his willingness to try to save the child's life.  Abortion - the entire high dollar industry of it - is generally unfair to women, and people like Denny are for many of these women their very last hope in respect to something destined to be more important to them than practically anything else in life.  Denny has never advocated violence of any sort, and the government's interest in prosecuting persons like this seems misguided.

Thank you very much for your consideration.

Respectfully yours,

*Mark Goodell*

Mark Goodell, P.E.

Mark Dowell P.E.
1400 S. 2nd St #B211
Minneapolis MN 55454

PORTLAND OR 972
10 JUN 2024 PM 4 L

The Honorable Aleta Trauger
Fred Thompson U.S. Federal Court House Bldg.
719 Church Street
Nashville TN 37203

37203-70949

The Honorable Aleta Trauger,
   Please grant leniency in sentencing Dr. Coleman Boyd and 5 other defendants when you rule July 2, 2024, your honor.
   Thank you. May the Lord grant you exceeding wisdom and insight in all your rulings.

Sincerely,
Sharon Montgomery

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse / Federal Building
719 Church Street
Nashville, TN 37203

RICHMOND VA RPDC 230
10 JUN 2024 PM 1 L

37203-705499

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and Federal Building 719 Church Street
Nashville, TN 37203

Dear Judge Trauger,

I've known Dennis Green for over 20 years, he's a husband, a father and grandfather and an outstanding American citizen.

Today I plea, ask and beg for mercy on his behalf. I know he meant no harm to anyone and all he wanted and still wants is for mothers and fathers to have healthy babies after nine months of pregnancy.

Please consider that he is not a violent man, he didn't intentionally hurt anyone and he seeks the best for all people...the born and the unborn.

Thank you so much for taking the time to read this note and I wish you and your family God's riches blessings.

Sincerely,
Trevor Spencer

FR: TREVOR SPENCER
14919 Mill Flume Court
Midlothian, VA 23112

TO: THE HONORABLE ALETA TRAUGER
FRED D. Thompson U.S. Courthouse Federal Building
719 Church Street
Nashville, TN 37203

The Honorable Aleta Trauger        6/6/24

I'm writing to ask you to show mercy on the prolifers who will be before you on July 2nd.

My brother Dennis Green is one of those protesters. These people are totally non-violent. They are trying to save unborn babies. And have every right to peacefully protest.

Please show mercy on these prolifers. Peaceful people who protest should never face time in prison.

Praying God will soften your heart in your decision.

Thank you for taking the time to read my letter.

Carolyn Green Lipscomb

CAROLYN LIPSCOMB
81 DEER DR.
GUM SPRING, VA 23065

The Honorable Aleta A. Trauger
Fred D. Thompson US Courthouse +
Federal Bldg.
719 Church Street
Nashville, TN 37203



RICHMOND VA RPDC 230
9 JUN 2024 PM 6 L