To The Honorable Aleta Trauger,
Please consider lenient sentencing for Bethand Coleman Boyd, obviously not criminals. They are both extremely passionate about children and following their conscious regarding their religious convictions.

Donna Maibrecher.

3:22-cr-00327 cH

RECEIVED
JUN 13 2024
U.S. District Court
Middle District of TN

CAROL STREAM IL 601

5 JUN 2024   PM 7   L



RECEIVED

JUN 13 2024

U.S. District Court
Middle District of TN

The Honorable Aleta Trauger
Fred D. Thompson U.S.
Courthouse + Federal
Building
719 Church Street
Nashville, TN. 37203



Robert Maibuecher
6128 N Mcvicker Ave
Chicago, IL 60646