June 2024

Honorable Aleta Trauger
Fred Thompson US Courthouse + Federal Bldg.

Denny Green has been a Godly upright man with 13 children + 14 grandchildren

I humbly request that you show him leniency in his sentencing

Respectfully,
Cindy Spear

RECEIVED
JUN 21 2024
3:22-cr-00327  U.S. District Court
CA  Middle District of TN

7415 Statesville Rd
Watertown TN 37184
NASHVILLE TN 370
18 JUN 2024 PM 5 L



RECEIVED
JUN 21 2024
U.S. District Court
Middle District of TN

Honorable Aleta Trauger
Fred Thompson vs Courthouse &
Federal Bldg.
719 Church St.
Nashville, TN 37203

June 13, 2024

Please, Your Honor exercise leniency in sentencing the six pro-lifers in July

they are not violent criminals + should not be sent away for years into a federal penitentiary

GoD help you

Sincerely
Joyce K Bolton
Joyce K Bolton

J. Bolton
312 W Fargo St
Broken Arrow, OK 74012-1260

OKLAHOMA CITY OK 730
15 JUN 2024 PM 4 L




The Honorable Aleta Trauger
Fred D. Thompson U S Courthouse + Federal Bldg
719 Church Street
Nashville, TN 37203

37203-709499



Wishing you all the happiness
your special day can bring,
and throughout the rest of the year
the best of everything!

Please excuse lenincy in
FACE sentencing so
more Children can have
Birthdays

NORTH TEXAS TX 750
17 JUN 2024 PM 10 L


FOREVER USA

The Honorable Aleta Trauger
Fred D. Thompson US Courthouse
719 Church St.
Nashville, Tn 37203

37203-709499

6-17-24

THE HONORABLE ALETA TRAUGER.

PLEASE YOUR HONOR, EXERCISE LENIENCY IN SENTENCING, THEY ARE NOT VIOLENT CRIMINALS AND SHOULD NOT BE SENT AWAY FOR YEARS OR ANY TIME IN A JAIL OR FEDERAL PENITENTIARY.

DR BOYD WAS DOING WHAT GOD HAD CALL HIM TO DO.

JUST THINK IF THIS COUNTRY WOULD FOLLOW DR BOYD + GOD'S WORD. THERE WOULD BE NO RAPIST, KILLERS, ROBBERY, KILLING BABIES BEFORE THEY EVER HAVE A CHANCE TO LIVE; WIFE + CHILDER ABUSER.

IT WOULD BE A WONDERFUL PLACE TO LIVE.

THINK ABOUT IT

Joe D. Griffin
JOE D GRIFFIN

Joe Griffin
123 Sweet Hollow Way N.W.
Madison, AL 35757

BIRMINGHAM AL 350
17 JUN 2024 PM 6 L



THE HONORABLE ALETA TRAUGER
FRED D THOMPSON U.S COURTHOUSE & FEDERAL BLDG.
719 CHURCH STREET
NASHVILLE, TN 37203

37203-708459

June 17, 2024

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

Your Honor,

I humbly ask for leniency in the sentencing of Dr. Coleman Boyd and the others arrested at the Tennessee clinic. They are not violent criminals and should not be sent to a federal penitentiary for years.

It's true (self-evident and endowed by our Creator) that it's wrong to kill an innocent human being. If the child in the womb isn't an innocent human being, then what is it? A zygote, an embryo, a fetus, a newborn, a toddler, etc., are all stages of human development. If that most innocent life is killed in the womb, they have been denied their unalienable right to life, liberty and the pursuit of happiness.

It seems that attempting to peacefully intervene in the killing of that innocent human should be a duty of each citizen. However, our laws aren't so kind to these innocents.

You're far more intelligent than I am and there are laws you must enforce, but I pray that you would extend grace for these folks. Thank you for your kind consideration.

Sincerely,

*Gayle Brantuk*

Gayle Brantuk

Mrs Gayle Ann Brantuk
2920 Calle Guadalajara
San Clemente CA 92673-3038

SANTA ANA CA 926
17 JUN 2024 PM 7 L

The Honorable Aleta Trauger
Fred D. Thompson US Courthouse + Federal Bldg.
719 Church St.
Nashville, TN 37203



June 17, 2024

Honorable Aleta Trauger
Fred Thompson
US Courthouse & Federal Building
719 Church Stteet
Nashville, TN 37203

Dear Honorable Aleta Trauger,

We have heard of six peaceful protesters who will be sentenced on July 2, 2024.

I'm writing to request leniency in your sentencing.

Sincerely yours,

Denise Davies

Concerned Tennessean

2331 Franklin Rd
Franklin, TN
37064

NASHVILLE TN 370
17 JUN 2024 PM 7 L

Honorable Aleta Trauger
Fred Thompson US Courthouse
719 Church Street
Nashville, TN 37203

37203-709499



Paul A Mega
11 Teresa Dr.
Bella Vista, AR 72715

TO: THE HONORABLE ALETA TRAUGER:
GOD DESIGNED THE UNIQUE BIRTHING PROCESS OF WHICH BOTH OF US HAVE SUCCESSFULLY UNDERGONE. HE HAS ALSO BLESSED BOTH OF US TO SUCCEED IN OUR RESPECTIVE PROFESSIONS; YOU AS AN HONORABLE JUDGE AND I AS A PROFESSIONAL ENGINEER. WE HAVE HAD OUR CHANCES TO LIVE A FULL LIFE!
I AM ASKING YOU TO APPLY YOUR FULL KNOWLEDGE, FEELINGS AND HUMANITY TO THE IMPLICATIONS OF THIS BASIC LIFE OR DEATH ISSUE AT THE HEART OF THIS ABORTION POLICY. THANK YOU.

*[signature: Paul A. Mega]*

479-855-2869

Paul A Mega
11 Teresa Dr.
Bella Vista, AR 72715

NW ARKANSAS AR 727
15 JUN 2024 PM 1 L

THE HONORABLE ALETA TRAUGER
FRED D. THOMPSON US COURTHOUSE & FEDERAL BUILDING
719 CHURCH STREET
NASHVILLE, TN 37203

37203-703459

305 Azalea Avenue
Henrico, VA 23227
June 12, 2024

Honorable Aleta Trauger
Fred D. Thompson US Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

Dear Judge Trauger,

I am writing to you today regarding Mr. Dennis Green, and his recent conviction of conspiracy charges. I humbly request that you show him leniency in his sentencing.

Dennis is my friend, and I have had the pleasure of knowing him for a couple of years. I know him to be a loving husband and father. He has been an inspiration in my life and I thank God for him. He is truly an asset to his community, and I trust that you will take all these things into consideration when the day of sentencing comes.

Judge Trauger, I wish to truly thank you for taking the time to consider my plea for leniency for Mr. Green.

Sincerely,

Etta H. Bond

Etta H. Bond
305 Ridge Avenue
Henrico, VA 23227

RICHMOND VA RPDC 230
12 JUN 2024 PM 4 L

The Honorable Aleta Trauger
Fred D. Thompson US Courthouse and
Federal Building
719 Church Street
Nashville, TN 37203

HONORABLE ALETA TRAUGER:

I am writing to you on behalf of Mr. Paul Vaughn, to ask for leniency in his sentencing. For a season we attended services at the same church, and I know him to be a loving husband and father whose desire is to honor God with his life. He is someone that we need in the community.

Thank you for your consideration.

Sincerely,

Jean Bonetta

Jean Bonetta
4134 W Linger Ln
Phoenix, AZ
85051

PHOENIX AZ 852
15 JUN 2024 PM 5 L

HONORABLE ALETA TRAUGER
Fred D. Thompson
US Courthouse and Federal Building
719 Church Street
Nashville, TN
37203



37203-705455

6/14/24

Dear Judge Trauger,

Please be lenient in your sentencing of Dennis Green and the others involved in the Mt. Juliet case.

They were trying to be a voice for the voiceless baby in the womb. Please judge righteously as God, our Creator, has appointed you to this position.

I am praying for you and your family,
Heidi Kirsch
205 Waters Edge Dr.
Mount Joy, PA 17552

Heidi Kirsch
205 Waters Edge Dr.
Mount Joy, PA 17552

HARRISBURG PA 171
15 JUN 2024 PM 2 L

The Honorable
Aleta Trauger
Fred D. Thompson US Courthouse and
Federal Building
719 Church Street
Nashville, TN 37203

37203-709495

