

RECEIVED

JUN 2 5 2024

U.S. District Court
Middle District of TN

3:22-cr-00327
CN

June 18, 2024

Dear Judge Trauger,
    I've heard of Dr. Coleman Boyd's case thats' before you. With the multitude of children he has, his beliefs in saving the pre-born must be very strong. There were no violent acts committed so please be lenient in your ruling against him. His "small city" of a family need him and someday, you will face the Divine Judge of the Universe. what will your excuse be?

    Pat Dak___
    Colorado Sp___

P. Dikeman
12790 Oak Cliff Way
Colo. Sprgs, Co
80908

RECEIVED
JUN 25 2024
U.S. District Court
Middle District of TN

DENVER CO 802
18 JUN 2024 PM 3 L



Judge Aleta Trauger
Fred Thompson Courthouse & Fed. Bldg.
719 Church St,
Nashville, TN,
37203

37203-709499

thank you

June 20, 2024

To the Honorable Aleta Trauger

This note is requesting leniency in the sentencing of 6 defendants on the FACE Act (March 2021) These are not violent criminals and should not be sent away to a federal prison for a lengthy period. I am writing to request mercy and not wrath.

Respectfully
Regina Lael

Proverbs 24:11-12 and Psalm 82



Regina D. Ford
133 Eileen Ct.
Hend.... ..... Triangle Region

RALEIGH NC 275
20 JUN 2024 PM 6 L

FREEDOM
FOREVER/USA

The Honorable Aleta Trauger
Fred D. Thompson US Courthouse &
Federal Building
719 Church Street
Nashville, TN 37203

6/19/24

Dear Judge Trauger,

I am writing to ask you to exercise leniency in sentencing the six defendants convicted of violating the FACE Act. They are not violent criminals + should not be sent away for years into a federal penitentiary.

Thank you for your consideration.

Christine Ban
11315 Highland Dr.
Plainfield, IL 60585



Christine Barr
11315 S Highland Dr
Plainfield, IL 60585-1961



The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse +
Federal Building
719 Church St
Nashville, TN 37203

Honorable Judge Trauger,

I have heard of the six peaceful protesters, including Dr. Coleman Boyd, who will be sentenced on July 2, 2024. I respect that a jury has convicted them. Please Judge, understand that Dr. Coleman and his wife Robin Coleman love children and have 13 of them. They were heartbroken over the abortions deaths of babies in the womb, the most vulnerable among us. These prolife Americans are not hardened criminals, but adults who love and protect children. My U.S. Representative Chip Roy and U.S. Senator Mike Lee are working to repeal the FACE Act which this case considers. Judge, please know that our nation is divided over these issue and exercise leniency

in your sentencing of Dr. Coleman
and the other pro-life individuals.
They have many children to take
care of at home. Please don't
send them to a federal penitentiary
for years. Thank you very much
for your consideration, and
we are praying for you.

Sincerely,
Bettyann Brush

B  **Betty Brush**
   421 Elm St
   Hudson, WI 54016

SAINT PAUL MN 550

20 JUN 2024 PM 5 L



FOREVER

Honorable Aleta Trauger
Fred Thompson U.S. Courthouse &
                    Federal Bldg.
719 Church Street
Nashville, TN  37203

37203-709499

# Every life is valuable!



*"I am fearfully and wonderfully made"*
— Psalm 139:14 ESV

June 18, 2024

Re:

the FACE ACT and Mr. Coleman Boyd et al.

Dear the Honorable Aleta Trauger,

Please, Your Honor, Kindly exercise leniency in sentencing Mr. Coleman Boyd and his co-defendants. They are not violent criminals and should not be sent away for years to a federal penitentiary. Thank You,

Phyllis H. Warden

**FOCUS ON THE FAMILY.**

Call on
JESUS

Ms. Phyllis Warden
3307 Cedar Village Blvd
East Brunswick, NJ 08816-1382

DV DANIELS NJ 070

20 JUN 2024   PM 5   L



the   Honorable Aleta Trauger
c/o Fred D. Thompson U.S. Courthouse
and Federal Building
719 Church Street
Nashville, TN  37203

37203-709499



June 19, 2024

Dear Judge Trauger,

I am a Christian American and I am requesting leniency in the sentencing the 6 pro-life people who have been convicted of violating the FACE ACT.

These folks are trying to rescue the most helpless and voiceless among us. They are not violent and dangerous people. The FACE ACT is a very bad law that needs to be over turned.

Sincerely yours,
Linda Vandiver



Mrs Linda Vandiver
PO Box 1627
Huntsville, AR 72740

NW ARKANSAS AR 727

20 JUN 2024 PM 1 L



The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse
and Federal Building
719 Church Street
Nashville, TN 37203

37203-709499

June 17, 2024

Honorable Judge Granger,

I recently learned of the six peaceful protesters, including Dr. Coleman Boyd, who will be sentenced on July 2, 2024. I respect that a jury has convicted them.

Please Judge, understand that Dr. Coleman is a family man with his wife and thirteen children. These prolife Americans are not hardened criminals, but adults who love and protect our American future — children.

Judge, I am sure you know that our nation is divided over this issue and I respectively ask you to exercise leniency in your sentencing of Dr. Coleman and the other prolife individuals. They have many children to care for and need to be home with them instead of a federal penitentiary.

Thank you very much for your consideration, and I am praying for you.

Respectfully, Rita Davis

Davis
5547 11th St. So

Ft. Petersburg
Fl 33705



TAMPA FL 335
SAINT PETERSBURG FL
17 JUN 2024 PM 7 L

Honorable Aleta Trauger
Fred Thompson US Courthouse and
Federal Building
719 Church Street
Nashville, TN 37203

37203-709499

June 17, 2024

Honorable Aleta Trauger
Fred Thompson US Courthouse & Federal Building
719 Church Street
Nashville, TN 37203

Dear Judge Trauger,
I am writing to you today regarding Mr. Dennis Green, and his recent
conviction of conspiracy charges. He is truly an asset to his community,
and I trust that you will take all these things into consideration when the day
of sentencing comes.

I truly sense, as a resident of the Nashville area that Dennis Green and
those who are being sentenced with him – should be honored instead of
punished.

They speak life and my heart is that if my mother or your mother were not
pro-life – WE WOULD NOT BE HERE – and I am thankful for my life.

Judge Trauger, I wish to truly thank you for taking the time to consider my
plea for leniency for Mr. Green.

Sincerely,

Linda Myers

Linda Myers
3003 Mickey Road
Spring Hill, TN 37174

Danny W. Myers
Linda F. Myers
3003 Mickey Road
Spring Hill, TN 37174

NASHVILLE TN 370

17 JUN 2024 PM 5 L



Honorable Aleta Trauger
Fred Thomson US Courthouse
+ Federal Building
719 Church Street
Nashville, TN
37203

37203-709499

June 19, 2024

Dear Honorable Aleta Trauger,

Thank you for being lenient
with the accused ten
citizens. It is my
prayer you will throw
their case out of court.
In doing so you will
experience the peace
of GOD that passes
all understanding.

GOD BLESS.
        Sincerely,
    Marilou Warnck
    401 E. Jefferson St.
    Morris, IL 60450



You light up
my day
just by being
a part of it.♥

You are the light of the world.
    Matthew 5:14



Mrs. Robert W. Warrick
401 E Jefferson St • Morris, IL 60450-2004

S SUBURBAN IL  604

20 JUN 2024  PM 8  L



Honorable Aleta Trauger
719 Church Street
Nashville, TN
37293

3720387094 C019

Cheryl Schechterly
37408 Castleberry Dr
Zephyrhills, FL 33542

June 18, 2024

Honorable Aleta Trauger
Fred Thompson US Courthouse & Federal Building
719 Church Street
Nashville, TN 37203

Honorable Judge Trauger,

I have heard of the six peaceful protesters, including Dr. Coleman Boyd, who will be sentenced on July 2, 2024. I respect that a jury has convicted them. Please Judge, understand that Dr. Coleman and his wife Robin Coleman love children and have 13 of them. They were heartbroken over the abortion deaths of babies in the womb, the most vulnerable among us. These prolife Americans are not hardened criminals, but adults who love and protect children.

U.S. Representative Chip Roy and U.S. Senator Mike Lee are working to repeal the FACE Act which this case considers. Judge Trauger, please know that our nation is divided over these issues and exercise leniency in your sentencing of Dr. Coleman and the other pro-life individuals. They have many children to take care of at home. Please don't send them to a federal penitentiary for years.

Thank you very much for your consideration, and many are praying for you.

Submitted Respectfully,

Cheryl Schechterly



Cheryl Schechterly
37408 Castleberry Drive
Zephyrhills, FL 33542



TAMPA FL 335
SAINT PETERSBURG FL
18 JUN 2024  PM 6  L

FOREVER USA

Honorable Aleta Trauger
Fred Thompson US Courthouse + Federal Bldg
719 Church St.
Nashville, TN 37203

37203-709499

Judge Aleta Trauger
Fred D. Thompson US Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

June 14, 2024

Honorable Judge Aleta Trauger:

I am asking you to grant leniency in the sentencing of Dennis Green and all the other defendants found guilty of violating the FACE Act.

These defendants are not violent criminals and do not have prior serious criminal convictions. They are dedicated to saving babies, through prayer and discussions, about saving precious preborn babies from undergoing the terrible agony endured in the abortion process.

These defenders of life are harmless and not violent at anytime. For decades, Dennis has preached in underground churches in both China and Tibet helping people learn about Jesus.

Thank you for your time and consideration to all of these cases. As a Judge, you are faced daily with having the wisdom of Solomon, while carrying out the law of the land, a very hard job. May God always guide you and bless you daily.

Sincerely,

Marjorie G. Mickelson

*Marjorie G. Mickelson*

Mickelson
335 Lake Annie Dr
Apopka, Fl 32703

ORLANDO FL 328

18 JUN 2024 PM 3 L

Judge Aleta Trauger
Fred Thompson US Courthouse &
Federal Building
719 Church St
Nashville, TN 37203
37203-709499

7000 Grand Point Rd.
Presque Isle, MI 49777
June 20, 2024

The Honorable Aleta Trauger
Fred D. Thompson Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

Dear Judge Trauger,

We are writing this letter concerning the six pro life defendants who were convicted

of violating the Freedom of Access to clinic Entrances Act and for Conspiracy Against

Rights.

When you pass sentence in this case, please consider that these people are not violent offenders.

In light of that fact, we ask that you would show not only them but also their families mercy,

and not sentence them to prison terms. Thank you.

Sincerely,

Richard and Peggy Kreft

R. KREFT
7000 GRAND PIUT RD.
PRESQUE ISLE, MI 49777

GRAND RAPIDS MI 493
21 JUN 2024  PM 6  L

THE HONORABLE ALETA TRAUGER
FRED D. THOMPSON COURTHOUSE AND FEDERAL BUILDING
719 CHURCH STREET
NASHVILLE, TN  37203

37203-709499

6/22/2024

Honorable Judge Trauger,

I have heard of the six peaceful protesters, including Dr. Coleman Boyd, who will be sentenced on July 2, 2024. Please Judge, understand that Dr. Coleman and his wife Robin Coleman love children and have 13 of their own. They were heartbroken over the abortion deaths of babies in the womb, the most vulnerable among us. These prolife Americans are not hardened criminals, but adults who love and protect children. My U.S. Representative Chip Roy and U.S. Senator Mike Lee are working to repeal the FACE ACT which this case considers. Judge, please as you know our nation is divided over these issues and I'm asking you to consider exercising leniency in your sentencing of Dr. Coleman Boyd and the other prolife individuals. They have many children to take care of at home. Please do not send them to a federal penitentiary for years or even at all. Thank you so much for your consideration and I pray the wisdom you have to Judge will be used in this case to do the right thing.

Sincerely,
Kellye Wallace Cokeroft

NASHVILLE TN 370

22 JUN 2024 PM 5 L



Honorable Aleta Trauger
Fred Thompson U.S. Courthouse
and Federal Building
719 Church Street
Nashville, TN. 37203
37203-709499

Cokeroft
607 2nd Ave.
Fayetteville, TN.
37334

Dear Honorable Aleta Trauger                                    6/18/2024

As you come up to the sentencing hearing on 7/2/24 to 7/3/24 for the
advocates for life, I briefly and respectfully add this observation. I have
personally met a few of these individuals and can say they were so
genuinely kind to me and I still freshly remember their graciousness
though it has now been a few years ago. I would urge you to consider
their characters and how they conduct themselves as you approach this
hearing. Thank you for your time and consideration. May the Lord
Jesus give you wisdom.

> Your word is a lamp to my feet
> And a light to my path.
> (Psalm 119:105, NASB1995)

Sincerely,
Steven & Kelly Brown and Family

The Brown Family
PO Box 40039
Mesa, AZ 85274

PHOENIX AZ 852
21 JUN 2024 PM 9 L



Honorable Aleta Trauger
Fred B. Thompson Courthouse and Federal Building
719 Church Street
Nashville, TN 37293

37203-709499

6/20/24

Honorable Aleta Trauger,

I'm writing about the six Pro Tigers that you are to pass sentence on in July. Please use leniency. These people are not violet criminals — they have children to look after and should not be sent away for years into a Federal penitentiary. I'm 86 years old and never dreamed I'd live to see the world in the fix its in now — especially the U.S. Your job must be very trying. I pray that the Lord will be with you as you make your decision.

Sincerely
Bonnie Eads

**Just a note...**

Bonnie Eads
3054 Lake Lucas Rd
Sophia, NC 27350

GREENSBORO NC 270
PIEDMONT TRIAD AREA
21 JUN 2024 PM 6 L



FREEDOM
FOREVER/USA

The Honorable Aleta Trauger
Fred D Thompson U.S. Court House
and Federal Building
719 Church Street
Nashville TN 37203
37203-703453

Honorable Judge Trauger,

I have heard of the six peaceful protesters, including Dr. Coleman Boyd, who will be sentenced on July 2, 2024. I respect that a jury has convicted them. Please Judge, understand that Dr. Coleman and his wife Robin Coleman love children and have 13 of them. They were heartbroken over the abortion deaths of babies in the womb, the most vulnerable among us. These prolife Americans are not hardened criminals, but adults who love and protect children. My U.S. Representative Chip Roy and U.S. Senator Mike Lee are working to repeal the FACE Act which this case considers. Judge, please know that our nation is divided over these issue and exercise leniency in your sentencing of Dr. Coleman and the other prolife individuals.

They have many children to take
care of at home. Please don't
send them to a federal
penitentiary of years. Thank you
very much for your consideration,
and we are praying for you.

Sincerely
Sonja Thompson

Sonja Thompson
421 Elm Street
Hudson, WI
54016

SAINT PAUL MN 550

20 JUN 2024 PM 8 L



Honorable Aleta Trauger
Fred Thompson U.S. Courthouse &
Federal Bldg.
719 Church Street
Nashville, TN 37203

37203-709499

June 17, 2024

Dear Honorable Judge Trauger,

I am writing to you today regarding Mr. Dennis Green, and his recent conviction of conspiracy charges. I humbly request that you show him leniency in his sentencing. Dennis is a loving husband and father. He has been an inspiration to many and I thank God for him. He is truly an asset to his community, and I trust that you will take all these things into consideration when the day of sentencing comes.

Judge Trauger, I wish to truly thank you for taking the time to consider my plea for leniency for Mr. Green.

I have also heard of the six peaceful protesters, including Dr. Coleman Boyd, who will be sentenced on July 2, 2024. I respect that a jury has convicted them. Please Judge, understand that Dr. Coleman and his wife Robin Coleman love children and have 13 of them. They were heartbroken over the abortion deaths of babies in the womb, the most vulnerable among us. These prolife Americans are not hardened criminals, but adults who love and protect children.

My U.S. Representative Chip Roy and U.S. Senator Mike Lee are working to repeal the FACE Act which this case considers. Judge, please know that our nation is divided over these issues and exercise leniency in your sentencing of Dr. Coleman and the other prolife individuals. They have many children to take care of at home.

Please don't send them to a federal penitentiary for years.

Thank you very much for your consideration, and we are praying for you.

Lori Hinze

Austin, TX
409-267-5526

Lori Hinze
121 Rosemary Ct
Bastrop TX 78602

AUSTIN TX 787
RIO GRANDE DISTRICT
17 JUN 2024 PM 4 L



Honorable Aleta Trauger
Fred Thompson US Courthouse & Federal Building
719 Church Street
Nashville, TN 37203

37203-709499

June 20,2024

The Honorable Aleta Trauger

Fred D. Thompson U.S. Courthouse Federal Building

719 Church Street

Nashville, TN 37203

Dear Judge Trauger,

I respect the weight of authority that you bear, as a federal court judge, and the responsibility to uphold the laws of our great Constitution. I am writing to appeal to you for mercy for the 6 defendants, who were convicted of violating the FACE act, March 5, 2021, at the Mt. Juliet reproductive clinic.

In these times of division in our nation, when our penitentiaries are overcrowded with violent offenders, is it necessary to send 6 peaceful protestors to prison for any length of time? How often are other peaceful protestors, for other causes, imprisoned?

Thank you for reading this letter and your consideration of this request.

May God bless you,

Martha Browning

Martha Browning

3609 Hwy 13 N.
Waverly, TN 37185

NASHVILLE TN 370

20 JUN 2024 PM 7 L



The Honorable Aleta Trauger
Fred D. Thompson US Courthouse & Federal Bldg.
719 Church St.
Nashville TN 37203

37203-709499

Dear Judge Trauger,                                          4/22/2024

I am writing to you today regarding Mr. Dennis Green, and his recent conviction of conspiracy charges. I humbly request that you show him leniency in his sentencing. He has been an inspiration in my life and I thank God for him. He is truly an asset to his community, and I trust that you will take all these things into consideration when the day of sentencing comes. Judge Trauger, thank you for taking the time to consider my plea for leniency for Mr. Green.

Sincerely,
Kellye Wallace Cokeroft



NASHVILLE TN 370

22 JUN 2024  PM 5  L

Honorable Aleta Trauger
Fred Thompson U.S. Courthouse
and Federal Building
719 Church Street
Nashville, TN. 37203

37203-709499

Cokeroft
607 2nd Ave.
Fayetteville TN.
37334

660 Estate Dr.

Eads, TN 38028

June 20, 2024

The Honorable Aleta Trauger

Fred D. Thompson U.S. Courthouse and Federal Building

719 Church Street

Nashville, TN 37203

Dear Judge Trauger:

I urge you as you decide the sentences in the Mt. Juliet FACE Act violation case, to consider the words of Rev. Martin Luther King, Jr. in his "Letter from Birmingham Jail."

"One has not only a legal but a moral responsibility to obey just laws. Conversely, one has a moral responsibility to disobey unjust laws."

"A just law is a man-made code that squares with the moral law or the law of God. An unjust law is a code that is out of harmony with the moral law. To put it in the terms of St. Thomas Aquinas: An unjust law is a human law that is not rooted in eternal law and natural law."

You will sentence those who acted to save lives, to rescue from death. I humbly ask you to show them mercy.

Respectfully,

Carolyn Madsen

Carolyn Madsen



Carolyn Madsen
660 Estate Dr.
Eads, TN 38028-6206

MEMPHIS TN 380

21 JUN 2024   PM 1   L



The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse & Federal
                                    Building
719 Church St.
Nashville, TN 37203

37203-709499

Judge Aleta Trauger
Fred D. Thompson US Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

June 15, 2024

Honorable Judge Aleta Trauger:

I am writing on behalf of defendant Dennis Green. I asked for leniency in his case involving the FACE act.

He is not a violent man. He tries to correct things and set them on a course for a more positive outcome. He does this because he's a religious man and he is guided by his faith. He has even followed his faith to other countries like China and Tibet to do this. He is a good man following his faith and hart.

Once again, I am asking for a leniency in this matter.

Thank you for your time in considering this matter

Sincerely,

Christopher Hamrick

Hamrick
414 Lake Annie Dr
Apopka, FL 32703



Judge Aleta Trauger
Fred D. Thompson US Courthouse
& Federal Building
Nashville, TN 37203

37203039999

June 20, 2024

To: The Honorable Aleta Trauger

Dear Judge:

This letter is concerning the upcoming sentencing in July of Christians who are accused of violating the FACE Act. These are honorable people who believe (as I do) that abortion is murdering unborn children in the womb.

Your honor, these are not violent criminals. They should not be sent away for years. The bible teaches us that judges are placed in that position by God who creates all living things. Yes, He has appointed you.

I urge you to exercise leniency in sentencing. Please be merciful to people whose only motive is to save God's children from death. Thank you so much,

Sincerely,

David Nick
Dayton, OH.



**David J. Nick**
1890 Rosina Dr.
Miamisburg, OH 45342-6322

COLUMBUS OH 430

21 JUN 2024 PM 1 L



The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and Federal Bldg.
719 Church Street
Nashville, TN. 37203

37203-709499

6·17·2024

Dear Honorable Aleta Trauger,

I am petitioning you regarding Mr. Dennis
Green, and his recent conviction of
conspiracy charges. I humbly request
that you show him leniency in his
sentencing.

This man was practicing the right to
peacefully stand up against what
he considers, what we as Christians,
consider evil. We believe we have
an obligation to hallow all life...
that it is sacred. We are heartbroken
that our judicial system would put
a man of Dennis Green's integrity and
character into prison. Please don't send
him to a federal penitentiary for years.
Please don't rob his family and community
of his influence.
May God give you wisdom to move on
this man's behalf.

May God give you wisdom to see the impact this has against our rights as Americans.

May God bless you.

Sincerely,
Robin Pardue

Robert Pardue
13710 Park Row Av.
Apt. 1203
Houston, TX.
77084

NORTH HOUSTON TX 773

18 JUN 2024 PM 6 L

FOREVER / USA



Honorable Aleta Trauger
Fred Thompson U.S. Courthouse
and Federal Building
719 Church St.
Nashville, TN. 37203

37203-709499

June 17, 2024

To: Honorable Aleta Trauger
Re: July 3 sentencing of six defendants
convicted of violating the FACE act.

Your honor, I just want to humbly ask you to
please be lenient on these defendants; you and
I both know that this is political. This whole
trial is meant to set an example, and to
chill speech and conduct with which those in
the government disagree with. Is not this the
very reason for the First Amendment? These
defendants are clearly political prisoners, deep
in your heart you know this, your honor. We grew
up reading about such miscarriages of justice,
and abuse of power, but were comforted by the
freedoms we have; but today those very freedoms
are being trampled. Please your honor, recognize
this for what it is, and rise above it; be a
champion of our inalienable rights, and protect
free speech, even when it is offensive to you
or others. If we allow this abuse of power
and miscarriage of justice to be a precedent,
it may be used against speech you agree with
tomorrow. Thank you, your honor, for reading this!
    Stephen Wright
    3204 Hollyglen Ct. Midlothian, Va 23112

Stephen Wright
3204 Hollyglen Ct
Midlothian, VA 23112

RICHMOND VA RPDC 230

18 JUN 2024 PM 1 L

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and
Federal Bldg.
719 Church Street
Nashville, TN 37203

Dear Honorable Judge Alita Trauger,

I am writing this letter to you on behalf of the defendant, Mr Dennis Green, to ask for leniency in his upcoming sentencing on Case 3:22-cr-00327.

My name is Lorraine FLeeman. I have ministered on the sidewalk outside an abortion clinic in Richmond, Va alongside Dennis Green for 2 years, 1 x week. During that time I have never seen Mr Green angry, lashing out, or being disrespectful to anyone, including workers and those going into the clinic. He always keeps a respectful distance, and speaks in a kind tone of voice, offering practical help and information as needed. In addition, when Mr Green has been approached by angry pro-choice people passing by, even those screaming in his face, or defacing his property and carrying off his pro life signs, he has remained calm and non-violent.

It is noteworthy that Mr Green and his wife have been reaching out to women in crisis pregnancies since 1989. The Greens together ran a maternity home called Liberty Home in Petersburg, Va for 10 years, and were house parents to the women there. They also were house parents and directors for a home called Mother's Home in Pennsylvania in 1992,

I have found Dennis Green to be a living example of a godly Christian man. He "walks the walk" of His Savior, Jesus. Mr Green's life has been dedicated to the pro life ministry, and to sharing the gospel of Jesus Christ, always in peaceful ways. His deep faith has moved him to give of his time, money, and his life to serving the Lord, and helping women in need during an unplanned pregnancy, no matter ethnicity or creed.

On a personal note, I have seen Dennis Green interact with his children and wife as a loving father and husband. Benjamin, their last child, who has Down's syndrome, has a very close and loving relationship with Mr Green. Benjamin would be greatly affected and saddened, not understanding the separation, if his father was incarcerated.
The Green family is not a family with money. Raising 13 children, giving their lives to ministry in the US and overseas, and battling cancer, has not secured them material wealth. I am sure, they will have many rewards in heaven to come. But incarceration would be a financial hardship without Mr Green's income.

In summary I pray, Judge Trauger, that you will consider Dennis Green's godly character and numerous ministries to others, as you hand down his sentence.
Mr Green has acted in peaceful protest to the holocaust of this generation, the killing of innocent babies in the womb. Much like the other peaceful protests in America's past.
May the Lord give you wisdom and compassion as you determine the freedom of this godly man.

Thank you for your time.
Gratefully and with hope,
Lorraine Fleeman
1878 Boyer Rd  Powhatan Va. 23139.   804-720-2762

L. FLEEMAN
1878 Boyer Rd
Powhatan Va 23139

RICHMOND VA RPDC 230
RICHMOND VA RPDC 230
15 JUN 2024 PM 3 L
15 JUN 2024 PM 3 L



THE HONORABLE Judge ALEATA TRAUGER
FRED D. THOMPSON US. COURT HOUSE
and FEDERAL BUILDING
719 CHURCH ST
NASHVILLE, TN 37203

37203-709499

# Howard G. Walton

17 June 2024

The Honorable Aleta Trauger
Fred D. Thompson US Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

Dear Judge Aleta Trauger,

In the case of Coleman Boyd and the five other defendants in violation of the FACE Act, please exercise leniency in sentencing. They are not violent criminals and should not be sent away for years to into a federal penitentiary.

Thank you.

Best regards,

*Howard G. Walton*

3312 Kathy Ave. • Modesto, CA. 95355 • 209-614-5098
reagent@att.net


Mr. Howard Walton
3312 Kathy Ave
Modesto, CA 95355

SACRAMENTO CA 957

18 JUN 2024 PM 4 L



The Honorable Aleta Trauger
Fred D. Thompson US Courthouse
719 Church St.
Nashville, TN. 37203

37203-709433

The Bible teaches that you are a servant of God, placed in your position to punish wickedness. (Romans 13:1-5) And even though these ten persons may have violated law, the law doesn't seem to be reflecting morality. This punishment of eleven years will have been unjust even though technically lawful. God has also told us in His word that He will judge unjust rulers. I beg of you to give leniency to these ten persons. They were trying to protect human life as God commanded them. They are now on trial for honoring The Judge of all the Earth. Do you honestly think that God will not rule on any injustice done to them as His Servants, when we all stand before Him and have our day in court? Please forgive the bad hand writing. Sincerely, Daniel Stewart.

Hello, your Honor, my name is
Daniel Stewart. I hope this
letter finds you well. I live
in Arizona and have heard
through a lady I know from
one of my local churches that
ten individuals are being sentenced on
July 3rd for something related to
their interposing on behalf of our
preborn brothers and sisters.
I'm sorry that I don't know
all the details, although not for lack
of trying to know as I inquired
concerning the details regarding the
case, but I know time is of the
essence. So I am writing this to
you before they ~~were~~ were able to
get back to me in light of that
knowledge. One thing they did
tell me is that the defendants
are facing 11 years and monetary
fines in the thousands of dollars.
( Continue on back side )

PRESS FIRMLY TO SEAL

  PRESS FIRMLY TO SEAL

 

37203

**$30.45**

S2324D502857-11

RDC 07

# PRIORITY MAIL EXPRESS®



UNITED STATES POSTAL SERVICE®

**PRIORITY MAIL EXPRESS®**

EI 953 587 769 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( 602 ) 495 2543

1062 B Newland Dr.

Chandler AZ

85286

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☑ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|

PO ZIP Code: 85248

Scheduled Delivery Date (MM/DD/YY): 6/22/24

Postage: $ 30.45

Date Accepted (MM/DD/YY): 6/21/24

Scheduled Delivery Time ☐ 6:00 PM

Insurance Fee

COD Fee

Time Accepted ☐ AM ☐ PM

1:38

Return Receipt Fee

Live Animal Transportation Fee

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

TO: (PLEASE PRINT) PHONE ( )

Free B. Thompson

Courthouse and Federal building

719 Church street

Nashville, TN

ZIP + 4® (U.S. ADDRESSES ONLY)

37203



Special Handling/Fragile

Sunday/Holiday Premium Fee

Weight ☐ Flat Rate

Acceptance Employee Initials:  MTC

Total Postage & Fees

$ 30.45

**DELIVERY (POSTAL SERVICE USE ONLY)** 

Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

➤ **PEEL FROM THIS CORNER**

LABEL 11-B, NOVEMBER 2023

PSN 7690-02-000-9996

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

**UNITED STATES POSTAL SERVICE®**

This packaging is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.