**RECEIVED**

JUL 02 2024

U.S. District Court
Middle District of TN

3:22-cr-00327
CKS

Your Honor,

    I ask that you show leniency when sentencing Coleman Boyd and the others being sentenced under the same conviction as Mr Boyd.

    Thank you

NOVA 220

26 JUN 2024 PM 3 L



RECEIVED

JUL 0 2 2024

U.S. District Court
Middle District of TN

The Honorable Aleta Trauger
Fred D. Thompson US Courthouse
and Federal Building
719 Church Street
Nashville, TN 37203

37203-709499

To the Honorable Aleta Trauger,
This letter is in reference to the July 2 sentencing
of the six defendants convicted of violating the Face
Act.

My father in law Dennis Green is one of those
facing conviction. Denny is a man who loves his
family, community, & fellow man compassionately &
Prolifically. Our children, three in all, & his 13 soon
to be 14 grandchildren, are blessed to call him Grandpa.
Please consider as you approach sentencing, the
ramifications of an unjust and biased outcome & the
effects it would have on our family to loose Denny's
presence in our life for an extended period of time. →



It grieves me greatly to have to talk to my children about Grandpa being away from us, for peaceably standing for the rights & life of the unborn. Please consider the difficulty in helping my children understand why their peacable, loving, caring & sacrificial, Grand-father might not see their birthdays, their high-school graduations & even possibly their marriages.

Please use your position and given power to judge justly, I beg you, for the sake of my children, Ruthy the wife of Denny & his son Benjamin, who could not concieve life without him, please do not put Denny in jail.

MADE WITH PAPER FROM WELL-MANAGED FORESTS
MADE IN VIETNAM

Sincerely,
Sarah Green

Sarah Green
5000 fishsticks lane
Providence Forge

RICHMOND VA RPDC 230

26 JUN 2024 PM 5 L



The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse
and Federal Building

719 Church Street
Nashville, Tennessee 37203

6.21.24

Honorable Aletta Trauger
FRED THOMPSON US
Courthouse & Federal
Building
719 Church St
Nashville, TN 37203

Honorable Judge Trauger,

I have heard of the six
peaceful protesters, including
Dr. Coleman Boyd, who will be
sentenced on July 2, 2024. I
respect that a jury has convicted
them. Abortion is a blot
upon our nation and God hates
the murder of these innocents.
There are many situations that
make bringing up children
difficult, but we don't choose
death as a viable solution
or we all be in jeopardy.
These prolife Americans
are not hardened criminals

and the right to peaceful protest
should be defended in this
great land that God has
blessed with so many freedoms
They have many children
to take care of at home, so
we plead for you to make
a judgement based on
right and truth and
protect our nations most
sacred institution, the family

God bless you,
Sincerely,
Bethany Etihup
Bethany Etihup

5027 Wayne 380
Patterson MO 63956

Bethany Fitzhugh
6027 Wayne 380
Patterson MO 63956

SAINT LOUIS MO 630
26 JUN 2024 PM 9 L

Honorable Judge Aleta Trauger
Fred Thompson US
Courthouse & Federal Bldg.
719 Church St.
Nashville, TN 37203

37203-709499

Christine Ferguson
225 Bokoshe Circle
Loudon, TN 37774

Honorable Aleta Trauger
Fred J Thompson Courthouse + Federal Bldg
719 Church St.
Nashville, TN 37293

June 27, 2024

Your Honor,

Please show mercy to the ten Pro-Life protesters for simply singing hymns at an abortion facility in Mt. Juliet. They did not destroy anything or hurt anyone. They only expressed their opinions through song, a protest cannot get anymore peaceful than that. Thank you for your kind consideration.

Sincerely,

Christine A. Ferguson



Christine Ferguson
225 Bokoshe Cir.
Loudon, TN 37774-2753

KNOXVILLE TN 377

28 JUN 2024 PM 3 L



Honorable Aleta Trauger
Fred B. Thompson Courthouse + Federal Bldg.
719 Church St.
Nashville, TN 37293

37203-709499

Dear Judge Trauger,

I am writing you today to request leniency in your sentencing of Dennis Green + those with him.

Mr. Green has been a family friend for over 2 decades. He is an asset to his community and a pillar for his family which includes several small children still at home who need their father in their lives.

Thank you for your time,

Victoria Hood

Victoria Hood
5627 Wayne 380 Lot 24
Patterson, MO 63956

SAINT LOUIS MO 630

28 JUN 2024 PM 5 L



usa forever

Honorable Aleta Trauger
Fred Thompson US Courthouse + Federal Building
719 Church Street
Nashville, TN 37203



Judge Aleta Trauger,

I am writing concerning a case with Coleman Boyd and several other codefendants. Please exercise leniency in sentencing. They are not violent criminals and should not be sent away for years into a federal penitentiary. Thank you

Trudie Knutson

Trudi Kuntzsch
105 Lakeview Ln
Sylvan Grove,
KS 67481

$\mathcal{K}$

WICHITA KS 670

27 JUN 2024 PM 2 L



The Honorable Aleta Trauger
Fred D Thompson US Courthouse &
    Federal Building

719 Church St

Nashville TN 37203

37203-709499

2195 Timberlake Drive
Lynchburg, VA 24502
June 23, 2024

Honorable Judge Traeger,

   Regarding the 6 peaceful people who were recently convicted of conspiracy charges I humbly ask that you will show leniency in their sentencing. I have known Denny Green for over 25 years & know him to be a loving husband & father & an asset to his community in VA. He has been an inspiration in my life, & I thank God for him & his ministry.

   I trust you will take time to consider my plea for leniency for Mr Green & the others who were peacefully singing & praying for babies not to be murdered when they were arrested in 2021

               Sincerely,
               Donna Matts

Donna Matts
2195 Timberlake Dr.
Lynchburg, VA 24502-6947

Pray to Stop Abortion!

GREENSBORO NC 270
PIEDMONT TRIAD AREA
26 JUN 2024 PM 6 L



Honorable Aleta Trauger
Fred Thompson US Courthouse & Fed Bldg
719 Church Street
Nashville, TN
37203-70S4S9

37203



Case 3:22-cr-00327    Document 658    Filed 07/02/24    Page 17 of 82 PageID #: 5021

Frederick M. Decker

9802 Laurandrew Court, Henrico VA, 23228

June 25, 2024

The Honorable Aleta Trauger

Fred D. Thompson US Courthouse and Federal Building

719 Church Street, Nashville, TN 37203

Dear Judge Trauger,

Please show mercy toward Lenny Green and his co-defendants as you weigh the sentences you will hand down against them on July 2nd and 3rd.

Mr. Green is a good man acting righteously against an unrighteous society which allows and promotes the execution of those innocent of any crime: the unborn.

One news agency, in reporting the case, printed the following: "we do not have the right to pick which laws we will obey." Yet our nation is enriched by those who acted contrary to the law. but guided by a Bible-informed conscience.

Our Founding Fathers agonized over revolting against an unjust king or continuing to suffer under his tyranny. Just men and women conspired to set up an "Underground Railroad" thus acting against laws which tolerated and promoted the servitude of slaves of whom it was declared by Biblical principle: "All men are created equal." During times of war, our Nation wisely recognized "Conscientious Objectors" who refused to obey laws of military conscription, but proved their value in serving our Nation by other means.

Your Honor, I ask that you extend mercy to Mr. Green and the others by "Nullification." The refusal to defend the law based upon a perceived higher moral code: "You shall not murder."

Sincerely, Frederick Michael Decker and Elizabeth Ann Decker

Frederick Michael Decker
9802 Lauryandrew Ct
Henrico, Va 23228

RICHMOND VA 230

11 FEB 2024 PM 5 L

37203-709499

The Honorable Aleta Trauger
Fred Thompson US Court and
Federal Building
719 Church Street
Nashville TN, 37203

Frederick M. Decker

9802 Laurandrew Court,

Henrico VA, 23228

JUNE 25, 2024

The Honorable Aleta Trauger

Fred D. Thompson US Courthouse and Federal Building

719 Church Street,

Nashville, TN 37203

Dear Judge Trauger, I ask that you extend mercy toward Lenny Green and his co-defendants as you carefully consider their sentencing scheduled to be handed down on July 2nd and 3rd, 2024.

In your wisdom and understanding I know that you will consider the ancient principle of **Lex Talionis:** The punishment must fit the crime. The injury which the abortion clinic suffered in no way warrants the maximus sentence which the FACE Act and the other statutes carry:    Ten and one half years in prison, and a fine reaching into hundreds of thousands of dollars.

All ancient code of law, especially The Law of Moses stipulate: "life for life, eye for eye, tooth for tooth..."  The law of exact retaliation or reciprocal justice have been a part of all our laws and their punishment.

Since the Federal right to have an abortion was struck down two years ago by the Supreme Court's "Dobbs decision" what injury was committed by the defendants?  Loss of time, loss of a day's wages by employees?

Please Your Honor weigh those "losses" against the innocent lives of the unborn being spared by the actions of some of the defendants.  And the mothers of those saved children also being spared the lifelong agony of a guilty conscience.  They were kept from killing the very children God gave them to be nurtured in their womb, and then lovingly raised into adulthood.

Thank-you for your service, and for reading and considering my brief letter.

Sincerely,

Frederick Michael Decker

Frederick Decker
9852 Laurenshew Ct
Henrico, VA 23228

RICHMOND VA RPDC 230

26 JUN 2024 PM 6 L

FOREVER USA

The Honorable Aleta Trauger
Fred D. Thompson US. Courthouse Federal Building
719 Church Street
Nashville, TN 37203

37203-709499

June 26, 2024

To the Honorable Aleta Trauger

I write this letter with a heavy heart as I think about the possibility of Denny Green being imprisoned for trying to save the lives of innocent babies. I pray that you exercise good sound and righteous judgment for the crime he has been prosecuted.

It torments my soul to see repeat criminals, thugs, and other evil people commit crimes in this country without punishment. Denny did not commit a heinous crime. While they may have technically violated law, their actions are not worthy of jail or prison. They were simply standing for the innocent, trying to make a difference in this sick dark world we live in.

I pray that you find compassion and mercy in your heart as you make your final decision on the punishment Denny receives.

God Bless You,
Brian Shelton

RICHMOND VA RPDC 230

26 JUN 2024 PM 6 L

The Honorable Aleta Trauger

Fred D. Thompson US Courthouse &
Federal Building
719 Church Street
Nashville, TN 37203

37203-759499

6/25/24

To: The honorable
Aleta Trauger
Fred B. Thompson Courthouse & Federal Bldg
719 Church Street
Nashville TN 37923

From: Dianna Cantrell Whitehead
2715 Tooles Bend Rd
Knoxville TN 37922

Dear Judge Trauger,

I'm writing to respectfully request leniency for the group of Americans who sat on the floor of the Mt Juliet Planned Parenthood and sang gospel songs as a "peaceful protest" to taking the lives of the unborn who cannot protect themselves. those good folks are guilty of trespassing and I would understand if you charged them with that. But time in prison? Please don't do that.

Respectfully
Dianna C. Whitehead

Dianna C Whitehead
2115 Tooley Bend Rd
Knoxville TN 37922

37203-709499

NASHVILLE TN 370

29 JUN 2024 PM 6 L



Honorable Aleta Trauger
Fred D. Thompson Courthouse + Federal Building
719 Church Street
Nashville TN 37203

Honorable Aleta Trauger:

RE: FACE Act - Coleman Boyd and 6 other defendants
I would ask that you would excercise leniency in sentencing. These are non-violent criminals and do not deserve time. I myself have dealt with the justice system in California for brandishing a fire-arm and was sentenced for 10 days of time to serve and 3 years suspended. These crimes are much less equivilent to what I have done. I beg of you to show equal justice both to them as compared to others.

Thank you for taking the time to read this.

Patrick Michael Shaughnessy

Patrick Baughman
13800 Turtle Hill Road
Midlothian, VA 23112

RICHMOND VA 230

27 JUN 2024 PM 6 L

The Honorable Alexa Yauyer
Third D. Thompson U.S. Judge
Federal Building
719 Church Street
Nashville, TN 37203

37203-70S4SS

Dear The Honorable Aleta Trauer,

I am writing you in regards of the sentencing of Dennis Green, and asking you to please exercise leniency in sentencing him. He is a caring person who has given countless years of his life to help others. Please be a part of him continuing that in the Charlottesville and Richmond area in Virginia. He contributes greatly to our community in a way that stands out amongst others. He is a role model to our society in what it looks like to serve selflessly.

Thank you for taking the time to read this.

Warmly,

Lindsay Shaughnessy

Shaughnessy
13800 Turtle Hill Rd.
Midlothian, VA 23112



RICHMOND VA 230
27 JUN 2024 PM 1 L

The Honorable Aleta Trayger
Fred D. Thompson U.S. Courthouse & Federal
Building
719 Church Street
Nashville, TN. 37203

37203-709459

June 22, 2024

Honorable Aleta Trauger,

I wanted to contact you concerning the upcoming July trial of six pro-life activists.

These persons are God honoring U.S. citizens who were exercising their right to assemble and better yet, to bring attention to the dismemberment + death of preborn infants.

Although my sincere desire is that all their charges be dropped due to lack of evidence of harm to the community at large, if your judgement states that they must be penalized, I ask that you curtail their time in prison tremendously.

Richman
HC 71 Box 20
Augusta, WV 26704

These fellow citizens are mothers, fathers, aunts + uncles, and even a grandmother, who would never break another law other than to save someone else's life.

Respectfully yours,

Susan Richman

Terry Richman
137 Ole Faithful Farm Ln.
Augusta, WV 26704



HARRISBURG PA 171
26 JUN 2024 PM 1 L

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse + Federal Building
719 Church Street
Nashville, TN 37203

37203-709499

June 27, 2024

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, TN. 37203

Dear Judge Trauger:

When you sentence Coleman Boyd, Paul Vaughn, and their co-defendants please
Your Honor, exercise leniency in sentencing. They are not violent criminals and
should not be sent away for years into a federal penitentiary.

Sincerely,

James D. Keeler
Huntington Beach, Ca.

KEELER KASTLE
15322 PLYMOUTH LN
HUNTINGTON BEACH
CA 92647

SANTA ANA CA 926
27 JUN 2024 PM 4 L

THE HONORABLE ALETA TRAUGER
FRED D. THOMPSON U.S. COURT HOUSE AND
FEDERAL BUILDING
719 CHURCH ST,
NASHVILLE, TN. 37203

37203-709499

To the Honorable Aleta Trauger,

I am asking you to have mercy on all of the defendants who peaceably stood up to help women not to murder their unborn child.

Why is it wrong to pray & talk to women about making a terrible decision. A decision that will haunt them for the rest of their life. Not to mention that the defenseless child has no other voice than for someone to come forward & speak for them. That is all these people were doing.

Please have leniency on all of them. They did no one any harm.

Sincerely,

Frank Fickle

Smoset Comm /PADOC
SCI Somerset
Frank Fiore DQ6989
PO Box 33028
St. Petersburg, FL 33733

The Honorable Aleta Trauger
Fred D. Thompson US Courthouse &
Federal Building
719 Church St.
Nashville, TN 37203

3720387054 0015

"Inmate Mail- PA DEPT. OF CORRECTIONS"

USA ★ FOREVER

Mary Shelton
Noelle Shelton Pineda
3882 Jay Kerr Rd
Rockford, TN 37853

June 26, 2024

Your Honor,

my daughter and I wanted to voice our concern regarding the sentencing on July 3rd of

Eva Edl (a Holocaust Survivor)
Cal, Eva, & James Zastrow
Heather Idoni
Paul Place          Coleman Boyd
Chet Gallagher          Paul Vaughn
          and Dennis Green.

The goal of these individuals was not to do evil, but rather to speak out on a topic about which their consciences compelled them. Your consideration of this is deeply appreciated.

Concerned citizens,

Mary Shelton & Noelle Shelton Pineda



KNOXVILLE TN 377

27 JUN 2024 PM 3 L

The Honorable Hota Inauger
Fred B. Thompson Bldg.
719 Church St.
Nashville, TN

Mary Shelton
Noelle Shelton Private
3882 Joy Kerr Rd.
Rockford, TN 37853

4570 DAVIS FERRE Rd
London, TN 37774

Dear Honorable Trauger,

Please, have mercy
on the singing Christians.
My Daddy was in WWII
and my husband was
in Vietnam. Both fighing
for our freedoms. My
husband died in 2008
because of agent orange.
Please remember
these sacrifices for our
freedom,

Sincerely,
Cleda Bandy



Ms. Cleda Bandy
4570 Davis Ferry Rd
Loudon, TN 37774

KNOXVILLE TN 377

27 JUN 2024 PM 2 L

Honorable Aleta Trauger
Fred B Thompson Courthouse
719 Church St. Federal Building
Nashville, TN
37203



FOREVER

853940406155214

Frederick M. Decker

9802 Laurandrew Court,

Henrico VA, 23228

June 25, 2024

The Honorable Aleta Trager

Fred D. Thompson US Courthouse and Federal Building

719 Church Street,

Nashville TN 37293

Dear Judge Trauger,

I ask that you show mercy toward Lenny Green and his co-defendants as you carefully weigh their sentences scheduled to be handed down on July 2nd and 3rd 2024.

In your wisdom, and understanding I know that you will consider the defendants' rights enshrined in the 5th Amendment of our Constitution: "...nor shall any person be subject **for the same offense** to be twice put in jeopardy of life or limb."

The defendants have already been tried for the same offense, and were found guilty. Later the sentence was suspended and the record of their trial was removed from the court's record. Originally the 5th Amendment applied only to federal cases, but was extended to State Courts by later rulings handed down by the US Supreme Court.

Your Honor, I ask that you refrain from sentencing because the trial violated the defendants' rights against Double Jeopardy.

Sincerely,

Frederick Michael Decker

Frederick Decker
9802 Laurendrew Ct
Henrico, Va 23228

RICHMOND VA RPDC 230

26 JUN 2024 PM 5 L

The Honorable Aleta Trauger
Fred D. Thompson US Courthouse and Federal Building
719 Church Street,
Nashville, TN 37203

372039-709499

June 26, 2024

To: The Honorable Alita Trauger

Dear Judge Trauger:

I am writing, on behalf of my family & ministry followers, to humbly & earnestly request the utmost leniency & mercy regarding the group of pro-life supporters you will be sentencing for violating the FACE Act.

These people are good citizens trying to do the right thing and save lives. Please have compassion!

Respectfully,
Rev Ben R Peters, BA, M.Div.

BRAD R. PETERS
1427 NEW ENGLAND DR
ROSEVILLE CA 95661

SACRAMENTO CA 957
26 JUN 2024 PM 2 L
FOREVER

THE HONORABLE ALITA TRAUGER
FRED D. THOMPSON COURT HOUSE
+ FEDERAL BLDG.
719 CHURCH ST.
NASHVILLE, TN 37293
37203-709499

June 24, 2024

To the Honorable Aleta Trauger

This letter is regarding
Coleman Boyd and his fellow
protesters.

Please your Honor, exercise
leniency in sentencing. They
are not violent criminals and
should not be sent to federal
penitentiary for years.

Thank you for your consideration

Respectfully

Dianne Martin
3418 N. Elm St.
Hutchinson, KS 67502

Dianne S. Martin
3418 N Elm St
Hutchinson, KS 67502

WICHITA KS 670

24 JUN 2024 PM 3 L



The Honorable Alata Traeger
Fields Thompson US Courthouse & Fed. Building
719 Church St,
Nashville, TN

June 23,2024

The Honorable Aleta Trader,

'Please, Your Honor, exercise leniency on

sentencing. They are not violent

criminals and should not be sent away

for years into a federal penitentiary."

Mark Conn

RICHMOND VA RPDC 230

25 JUN 2024 PM 3 L

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, T.N 37203

37203-705499



June 23,2024

The Honorable Aleta Trader,

'Please, Your Honor, exercise leniency on

sentencing. They are not violent

criminals and should not be sent away

for years into a federal penitentiary."

Doris O'Brien

RICHMOND VA RPDC 230

25 JUN 2024 PM 6 L

FOREVER

824040323145920

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church St
Nashville, T.N 37203

37203-709499

June 28, 2024
10617 Marions Place
Glen Allen, VA 23060

The Honorable Aleta Trauger
Fred D. Thompson US Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

RE: Sentencing of Dennis Green - Scheduled for July 3, 2024

Dear Judge Trauger:

I am writing on behalf of a dear friend, Dennis Green. I believe that Mr. Green is scheduled to appear before you on July 3, 2024 for sentencing after conviction of the FACE Act.

I would urge you to show leniency to Mr. Green. I have known him for years and believe that he is a real asset to our community.

Dennis is a faithful husband and father to his family, and his extended loss would be devastating to them. He is also actively involved in the faith community in the Richmond area.

His recent actions related to the abortion clinic are no doubt because of his deeply held religious beliefs. He believes, as I do, that a new life is created at conception, with a unique DNA that has never existed before. To destroy that embryo is essentially to kill the most innocent and helpless among us.

Again, I would plead for your mercy and leniency in the sentencing that is to come before you.

Very truly yours,

David W. Reynal

D Reynal
10617 Mevions PL
Glen Allen, VA
23060

The Honorable Aleta Trauger
Fred D Thompson US Courthouse &
Federal Building
719 Church Street
Nashville, TN 37203

37203-7094999

RICHMOND VA RPDC 230

26 JUN 2024 PM 1 L



FOREVER
USA
823340603114257

June 24, 2024

To: The Honorable Aleta Trauger

Please your honor show lacy show leniency to the pro life supporters in your handing out of their sentences. They do not have criminal records and was only seeking to please the Lord and trying to save lives. Please consider that one of the life saves could turn out to be a prominent judge just like you. please consider. In the case of Denny Green, he has multiple children and a son that has special needs who needs him. He is a godly man and will not intentionally do anything against the law. We all make mistakes, but he is no criminal. Please have mercy upon him in your sentencing. I am praying that you will make the right decision. Thank you for the opportunity to speak out on his behalf.

Sincerely

Carol Aldridge

Carol Aldridge
6616 Citory Way
Moseley, VA 23120-1855

RICHMOND VA RPDC 230
26 JUN 2024 PM 1 L

The Honorable Waverly Crenshaw
Fred D. Thompson U.S. Courthouse 1
Federal Bldg
719 Church Street
Nashville TN 37203

37203-705499

Dear Judge Trauger,

I am writing regarding Mr. Dennis Green. I am asking that you would please show leniency in his sentencing.

My husband has been friends with the Green family for over 25 years. Dennis is a loving husband and father. He is not a dangerous criminal.

I humbly ask that you would please show leniency in his sentencing.

Thank you for taking the time to consider this Honorable Judge Trauger.

Sincerely,

Katelyn Waller
Franklin, TN

Katelyn Waller
1745 Old Hillsboro Rd
Franklin, TN
37069

NASHVILLE TN 370

27 JUN 2024 PM 6 L



Honorable Aleta Trauger
Fred Thompson US Courthouse & Federal Building
719 Church St.
Nashville, TN
37203

37203-709499

To: The Honorable Aleta Trauger,

I am writing to you to ask you to have great leniency as you sentence Dennis Green on July 3rd. Dennis is a very loving father of 13 children the youngest of whom is autistic and is very emotionally dependent on his dad. Dennis is a loving, compassionate, non- violet man who does not deserve jail time. Thank you for doing the right thing in this case.

Sincerely,

Ed Chandler

To: The Honorable Aleta Trauger,

Cal Zastrow is an extremely kind and gentle father and grandfather full of love and compassionate. He just wants to offer mothers other options besides having their baby killed. He does not deserve prison time. Thank you for doing the right thing as you sentence him on July 3rd.

Sincerely,

Ed Chandler

To: The Honorable Aleta Trauger,

Dr. Coleman Boyd is a respected Doctor. He is not a criminal nor is he violent. Please take this into consideration as you sentence him on July 3rd. , and do not give him and jail time. Thank you.

Sincerely,

Ed Chandller

Ed Chandler
P.O. Box 1908
Spring Hill, TN
37174

NASHVILLE TN 370

28 JUN 2024 PM 3 L

FOREVER

5840404020101908

To:
Honorable Aleta Trauger
Fred Thompson Courthouse
and Federal Building
719 Church St.
Nashville, TN 37203

37203-709499

Dear Judge Trauger,

I am writing regarding Mr. Dennis Green. Please show leniency in his sentencing.

My family has been friends with the Green family for over 25 years. Dennis is a loving husband and father. He is not a dangerous criminal who should be confined. He is also an asset to our community.

I ask that you would please, please show leniency in his sentencing.

Thank you so much for taking the time to read this.

*Joshua Waller*

Joshua Waller
Franklin, TN

Joshua Waller
1745 Old Hillsboro Rd.
Franklin, TN
37069

NASHVILLE TN 370

27 JUN 2024 PM 6 L



37203-7094.99

Honorable Aleta Trauger
Fred Thompson US Courthouse
Federal Building
719 Church St.
Nashville, TN 37203

Judge Trauger,

I am writing to you today regarding Mr. Dennis Green and the others you will be sentencing with him. I humbly request that you show them leniency in their sentencing.

The Green family have been friends of our family for over 25 years. Dennis is a loving husband and father, surely not a dangerous criminal who should be confined. He is truly an asset to his community, and I trust that you will take these factors into consideration.

Sincerely,

Sherri Waller
Patterson, MO

Sherri Wallin
SD19 Wayne 380
Patterson, MO
63956

NASHVILLE TN 370
27 JUN 2024 PM 6 L



37203-709499

Honorable Aleta Trauger
Fred Thompson US Courthouse: Federal Building
719 Church St.
Nashville, TN
37203

June 26, 2024

Dear Judge Trauger,

I am writing regarding Mr. Dennis Green. I am requesting that you show leniency in his sentencing.

I am closely connected to the Green family and know him and his family well. Dennis is a loving husband and father. He is not a dangerous criminal.
I humbly ask that you would please show leniency in his sentencing.
Thank you for taking the time to consider this Honorable Judge Trauger.

Sincerely,

Josiah Hilton

Daniel Hill
3619 Wayne 380
Patterson, MO
63956

Honorable Aleta Trauger
Fed Judge - US Courthouse &
Federal Building
719 Church St.
Nashville, TN 37203

NASHVILLE TN 370

27 JUN 2024 PM 6 L



37203-709499

Dear Judge Trauger,

I am writing to you today regarding Mr. Dennis Green and the others you will be sentencing with him. I humbly request that you show them leniency in their sentencing.

The Green family have been friends of our family for over 25 years. Dennis is a loving husband and father, surely not a dangerous criminal who should be confined. He is truly an asset to his community, and I trust that you will take these factors into consideration.

Sincerely,

Brayden Waller
Brayden Waller
Patterson, MO

Brayden Walker
5027 Wayne 380, Lot 10
Patterson, Mo
63956

NASHVILLE TN 370
27 JUN 2024 PM 6 L



Honorable Aleta Trauger
Fred Thompson US Courthouse & Federal Building
719 Church St.
Nashville, TN
37203

37203-709499

June 26, 2024

Dear Judge Trauger,

I am writing regarding the sentencing of Mr. Dennis Green. I ask that you would please show leniency in his sentencing.

My family has been friends with the Green family for over 25 years. Dennis is a loving husband and father. He is not a dangerous criminal.
I earnestly ask that you would please show leniency in his sentencing.
Thank you for taking the time to consider this Honorable Judge Trauger.

Sincerely,

Havah Hilton

Harold Witt
5019 Wayne 380
Patterson, MO
63956

Honorable Aleta Trauger
Stats Jumpin— US Courthouse
Federal Building
719 Church St.
Nashville, TN
37203

37203-709499

NASHVILLE TN 370

27 JUN 2024 PM 6 L



usa forever

To: The Honorable Aleta Trauger,

I am writing to you to ask you to have great leniency as you sentence Paul Vaughn on July 2nd. You know that he did not block the entrance to the clinic. He is a very loving, peaceful man who does not deserve to go to jail. He has a wife and eleven children who need him. Thank you for doing the just thing in this case.

Sincerely,

Ed Chandler

Ed Chandler
P.O. Box 1988
Spring Hill, TN 37174

NASHVILLE TN 370

27 JUN 2024 PM 5 L

FOREVER

37203-709499

Judge Aleta Trauger
Fred Thompson Court house
+ Federal Building
719 Church St
Nashville, TN 37203

Case 3:22-cr-00327    Document 658    Filed 07/02/24    Page 72 of 82 PageID #: 5076

June 25, 2024
bubbahenderson22@gmail.com
307 Red Oak St.
Livingston, TX 77351-4327

The Honorable Aleta Trauger
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, TN 37203

Dear Judge Trauger,

Please exercise leniency in sentencing Coleman Boyd and the other

defendants who were protesting at the abortion clinic in Mount Juliet,

Tennessee on March 5, 2021. They are not violent criminals, and

don't deserve a prison sentence.

Sincerely,

*John D. Henderson*

John D. Henderson

NORTH HOUSTON TX 773
25 JUN 2024 PM 5 L

FOREVER/USA



THE HONORABLE ALETA TRAUGER
FRED D. THOMPSON U.S. COURTHOUSE AND FEDERAL BLDG.
719 CHURCH ST.
NASHVILLE, TN 37203

37203-709499

06-26-2024

Greetings your Honor.

I am writing on behalf of Dennis Green along with the Gentlemen being sentenced with him.

I have known Mr. Green for 30 years.

Mr. Green has devoted his life to saving the lives of the innocent I am asking on behalf of him and the other gentlemen that you would consider and give every leniency possible in their sentencing.

You as well as anyone know that they are not "Criminals" that need locking up, their only "crime" (if it can even be called that) is caring for the defenseless and innocent lives of the pre-born.

Please, on behalf of these men and their families, extend any and all leniency that you are able to.

Thank you.

Sincerely
Tom

Tom Washburn
1222 Oak Dr.
Manchester TN 37355

CHATTANOOGA TN 373

26 JUN 2024 PM 2 L

The Honorable Aleta Trauger
Fred D. Thompson US Courthouse
and Fed Blding.
719 Chuch St. Nashville, TN 37203

37203-709498



Dear Judge Trauger,

I am writing to you today regarding Mr. Dennis Green and the others you will be sentencing with him. I humbly request that you show them leniency in their sentencing.

The Green family have been friends of our family for over 25 years. Dennis is a loving husband and father, surely not a dangerous criminal who should be confined. He is truly an asset to his community, and I trust that you will take these factors into consideration.

Sincerely,

Tommy Waller
Patterson, MO

Jimmy Walls
5019 Wayne 380
Patterson, MO
63956

NASHVILLE TN 370
27 JUN 2024 PM 6 L
usa forever



37203-708499

Honorable Aleta Trauger
Fred Thompson US Courthouse & Federal Building
719 Church St.
Nashville, TN
37203

6/28/24

Honorable Aleta Trauger
Fred B. Thompson Courthouse and Federal Building
719 Church Street
Nashville, TN 37293


Dear Judge Trauger,

Please understand that praying and singing hymns in the hallway of an abortion facility is not a crime. The following are good people trying to save the lives of unborn children. I am a mom of two and also a Christian. Please let the following people go without having to spend even an hour in jail. Eva Edl, Heather Idoni, Eva Zastrow, Cal Zastrow, James Zastrow, Paul Place, Chet Gallagher, Paul Vaughn, Coleman Boyd, and Dennis Green. The Biden DOJ has come after them and they face up to 11 years in Prison.

The people of Tennessee will remember your righteousness. We will not see you as another judge that is politically motivated. These are not dangerous criminals. We appreciate your consideration in this matter and will pray for you.

Laura and Michael Reina
630 Everett Road, Farragut TN 37934

*Laura Reina*
*Michael Reina*

Laura ~~Strader~~
630 Everett Rd
Farragut, TN 37934

NASHVILLE TN 370

29 JUN 2024 PM 6 L

Honorable Aleta Trauger
Fred B. Thompson Courthouse + Federal Bldg.
719 Church Street
Nashville, TN 37293

37203-709499

Ben Esh
1337 Indian Creek Rd
Amherst, VA 24521


June 23, 2024


The Honorable Aleta Trauger
Fred D Thompson US Courthouse and Ferderal Building
719 Church Street
Nashville, TN 37203


Dear, your honor, Aleta Trauger


I am writing ask for great leniency for Dennis
Green, who I understand will be sentanced on July 3, 2024
Dennis is a personal friend and brother who I attend Church
with. I see him regularly loving and serving his family, wife
and children, who are 12 in number! plus grandchildren.
He is doing so only as a Father and Husband can do.
Dennis is a very nice, loving, caring and upright man
in the community and fills a very, very important role.
It would be very sad to see him incarcerated for very long.
So please, PLEASE I humbly ask again, show great mercy
and leniency toward Dennis when sentancing. Please greatly
consider his great dear Family... Wife, Children & grandchildren.
"Blessed are the merciful, for they shall obtain mercy".
Thanks so much for your consideration.
Sincerly, Ben Esh

Ben BSh
1337 Indian Creek Rd
Amherst VA 24521

GREENSBORO NC 270
PIEDMONT TRIAD AREA
26 JUN 2024 PM 6 L



The Honorable Aleta Trauger
Fred D. Thompson US Courthouse and Federal Bldg.
719 Church Street
Nashville, TN 37203

37203-759499