REV 09/18

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-cr-327-6

UNITED STATES OF AMERICA

V.

Judge: TRAUGER

Hearing Date: 7/2/2024

PAUL VAUGHN

Location: ☑ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Roxann Harkins

(list each defendant appearing at hearing)

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Nani Gilkerson, Wilfred Beaye, Jr.

Defense Attorney(s): Stephen Crampton, Larry Crain

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☑
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Sentencing hearing held. Defendant sentenced to time served, 3 years of supervised release, $125 special assessment and no fine. Judgment to enter.

Total Time in Court: 1 hr 10 mins.

Clerk of Court
by: Katheryn Beasley