July 2, 2024

RECEIVED
JUL 03 2024
U.S. District Court
Middle District of TN

3:22-cr-00327
CN

To: Judge Aleta Trauger

    I'm asking you to show mercy & compassion in your sentencing of the Tennessee pro-lifers, who did a "sit-in," or what is called a "rescue," at the abortion clinic. I believe they did so for conscience-sake, and because of deep religious convictions that the killing of innocent babies is wrong. They did as much as they could <u>peacefully</u> do to intervene on behalf of those little human beings. (In the past, that type of social protest was dealt with as a misdemeanor -- criminal trespass or misconduct; more recently, politically, it has been "upped" to be a federal felony ??)

    Jesus asked the Pharisees & scribes, and the legal scholars of His day, when they accused Him of breaking the law for healing a man's palsied hand - but on the Sabbath - <u>is it lawful rather to save life or to kill</u>? And sadly, here in America, it has become lawful for women to kill their unborn babies, and unlawful for citizens/people who try to save life.

    Again, I appeal to you if you are a woman of faith to understand their godly motives; or as a woman of intellect, to recognize the scientific fact of an unborn babies' humanity - for example a heartbeat at 18 days, brain waves at several weeks, their bodies' organ systems

all in place by 8 weeks, that just need time to grow and develop; and lastly, I appeal to you as a mother, if you have ever borne a child and know how precious they are?; then please, show mercy and compassion to these pro-lifers in your sentencing.

Thank-you. Sincerely,

U.S. District Court - Middle District of Tennessee
Judge Aleta Trauger, Courtroom 6 C, Suite 6325
Fred D. Thompson U.S. Courthouse + Federal Bldg.
719 Church Street, Suite 1300
Nashville, TN 37203



Retail

U.S. POSTAGE PAID
PME

37203

$30.45

RDC 07

S2324K503891-10

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SE

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EI 709 352 865 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE (

Rebecca Fest
4600 Shagbark Ln
Appleton WI 5300

RECEIVED
JUL 03 2024
U.S. District Court
Middle District of TN

14

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

US District Court Middle District of Tennessee
Judge Aleta Trauger
Fred Thompson US Courthouse + Federal Bldg.
719 Church St
Nashville, TN 37203

ZIP + 4® (U.S. ADDRESSES ONLY) 37203

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PAYMENT BY ACCOUNT (if applicable)

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

ORIGIN (POSTAL SERVICE USE ONLY)

☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 53007 | 7-3-24 | $ 30.45 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 7-2-24 | ☑ 6:00 PM | $ | $ |
| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
| 1144 ☒ AM ☐ PM | | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | | |
| Weight ☑ Flat Rate lbs. ozs. | Acceptance Employee Initials | $ 30.45 | |
| | OM | | |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

PEEL FROM THIS CORNER

EP13F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.

This package is made from post-consumer waste. Please recycle - again.