UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-cr-327-4

**UNITED STATES OF AMERICA**

Judge: TRAUGER

V.

Hearing Date: 7/3/2024

COLEMAN BOYD

Location: ☑ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Patty Jennings

(list each defendant appearing at hearing)

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Wilfred Beaye, Nani Gilkerson

Defense Attorney(s): Kerry Haymaker, Steve Thornton

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
    (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☑
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| | | | |
|---|---|---|---|
| 1. | | 7. | |
| 2. | | 8. | |
| 3. | | 9. | |
| 4. | | 10. | |
| 5. | | 11. | |
| 6. | | 12. | |
| Alt 1. | | Alt 2. | |

COMMENTS:

Sentencing hearing held. Defendant sentenced to 5 years of probation, $10,000 fine to be paid within 30 days, and $125 special assessment. Judgment to enter.

Total Time in Court: 1 hr

Clerk of Court
by: Katheryn Beasley