# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

UNITED STATES OF AMERICA     )
                             )
     v.                         )      Case No. 3:22-CR-00327
                             )
[6] PAUL VAUGHN           )      Judge Trauger

## DEFENDANT PAUL VAUGHN'S
## NOTICE OF APPEAL

Notice is hereby given that Defendant Paul Vaughn, through counsel, appeals to the United States Court of Appeals for the Sixth Circuit from the judgment imposed in this matter on July 2, 2024.

Date: July 8, 2024                    Respectfully submitted,

                                         /s/ *Stephen M. Crampton*
                                         STEPHEN M. CRAMPTON
                                         Thomas More Society
                                         P.O. Box 4506
                                         Tupelo, MS 38803
                                         (662) 255-9439
                                         scrampton@thomasmoresociety.org

                                         and

                                         LARRY L. CRAIN, Esq.
                                         5214 Maryland Way, Suite 402
                                         Brentwood, TN 37027
                                         (615) 376-2600
                                         larry@crainlaw.legal
                                         www.crainlaw.legal

                                         *Attorneys for Paul Vaughn*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2024, a true and exact copy of the foregoing

Notice of Appeal was served on all parties of record via the CM/ECF electronic filing system.


/s/Stephen M. Crampton
Stephen M. Crampton

2