IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:22-cr-00327-2 |
| | ) | Judge Trauger |
| HEATHER IDONI | ) | |
| | ) | |

**ORDER**

It is hereby ORDERED that, by 12:00 noon on Friday, September 27, 2024, the government shall file a more fulsome response to the defendant's objection to the leadership role assigned to her by Probation, with citations to the transcript to support the government's assertions that this defendant coordinated attendance, travel, meeting space, and lodging for the blockade in Mt. Juliet.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge