| PROB 22<br>(Rev. 01/24) | DOCKET NUMBER *(Tran. Court)*<br>3:22CR00327-7 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Middle District of Tennessee | DIVISION<br>Nashville |
|---|---|---|
| Dennis Green<br>(Western District of Virginia) | NAME OF SENTENCING JUDGE<br>Aleta A. Trauger, United States District Judge | |

| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>07/03/2024 | TO<br>07/02/2027 |
|---|---|---|---|

OFFENSE

18 U.S.C. §241  Conspiracy to Obstruct Access to a Clinic Providing Reproductive Health Services

18 U.S.C. §248(a)(1)  Violation of the FACE Act

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Green is living in Cumberland, Virginia.  He has no plans of returning back to Tennessee.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Middle____ DISTRICT OF ____Tennessee____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Western District of Virginia____ upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 1-9-25 | _(signature)_ |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Western____ DISTRICT OF ____Virginia____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| January 15, 2024 | /s/ *Elizabeth K. Dillon* |
|---|---|
| *Effective Date* | *United States District Judge* |

1