# United States District Court
# Middle District of Tennessee

Office of the Clerk
Fred D. Thompson U.S. Courthouse and Federal Building
719 Church Street
Nashville, Tennessee 37203
www.tnmd.uscourts.gov

January 16, 2024

U.S. District Court, West District of Virginia
255 W. Main Street
Room 304
Charlottesville, VA 22902

Re:     TRANSFER OF JURISDICTION
        USA v. Dennis Green
        Middle District of Tennessee Criminal Case No. 3:22-cr-00327-7

Dear Clerk:

As your Court has accepted jurisdiction over the above-named defendant, enclosed please find certified copies of pertinent documents.

Should you require any additional documents, please let me know.

Sincerely,

Kelly Parise
Criminal Case Administrator

Enclosures