IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:22-00327 |
| [5] CAROLINE DAVIS ) | Hon. Aleta A. Trauger |
| [8] EVA EDL ) | |
| [9] EVA ZASTROW ) | |
| [10] JAMES ZASTROW ) | |
| [11] PAUL PLACE ) | |

## ORDER

This matter comes before the Court on the Government's Consent Motion Pursuant to Presidential Pardon (D.E. 802). For the reasons put forth in the motion and for good cause shown the motion is **GRANTED**.

The convictions of defendants Eva Edl, Eva Zastrow, and Paul Place are **VACATED** and the charges against them **DISMISSED WITH PREJUDICE**. All conditions of probation for defendants Caroline Davis and James Zastrow are **TERMINATED**.

SO ORDERED.

*[signature]*

**Hon. Aleta A. Trauger**