**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 28, 2025

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

                   Re:  Case No. 24-5615/24-5640/24-5643/24-5647/24-5913/24-5928, *USA v. Vaughn, et al.*
                         Originating Case No. 3:22-cr-00327

Dear Ms. Hill,

   Enclosed is a copy of the mandate filed in this case.

                         Sincerely,

                         s/Abby Hahn
                         for Roy Ford, Case Manager

cc:  Mr. Stephen M. Crampton
     Ms. Nani M. Gilkerson
     Mr. Glenn Kerry Haymaker
     Ms. Heather Idoni
     Mr. Patrick T. McNally
     Mr. Manuel B. Russ
     Mr. Kevin Michael Schad
     Ms. Barbara Schwabauer
     Mr. Timothy F. Sweeney
     Mr. Steve C. Thornton
     Mr. Calvin Zastrow

Enclosure

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 24-5615/24-5640/24-5643/24-5647/24-5913/24-5928

_____

Filed: March 28, 2025

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

PAUL VAUGHN [24-5615]

DENNIS GREEN [24-5640]

CALVIN ZASTROW [24-5643]

COLEMAN BOYD [24-5647]

CHESTER GALLAGHER [24-5913]

HEATHER IDONI [24-5928]

       Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 03/05/2025 the mandate for this case hereby issues today.

COSTS:  None