IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. )
)     Case No. 3:22-00327
[1] CHESTER GALLAGHER )     Hon. Aleta A. Trauger
[2] HEATHER IDONI )
[3] CALVIN ZASTROW )
[4] COLEMAN BOYD )
[6] PAUL VAUGHN )
[7] DENNIS GREEN )

## ORDER

Pursuant to a full and unconditional pardon issued on January 23, 2025 by the President of the United States, the convictions of Mr. Gallagher, Ms. Idoni, Mr. Zastrow, Dr. Boyd, Mr. Vaughn, and Mr. Green have been vacated by the Sixth Circuit Court of Appeals and their cases remanded to this Court. Before the Court is the Government's Consent Motion Pursuant to Presidential Pardon (D.E. 808). For the reasons put forth in the motion and for good cause shown the motion is **GRANTED**.

The Indictment and charges against these defendants are **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Hon. Aleta A. Trauger