Motion GRANTED.

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:22-CR-00327 |
| | ) | |
| COLEMAN BOYD [4] | ) | Judge Trauger |

### MOTION TO REIMBURSE FINES, FEES AND RESTITUTION

Defendant Coleman Boyd, by counsel, moves this Court for an Order directing the Clerk of the Court to reimburse all fines, fees, and restitution payments Dr. Boyd made prior to the Indictment being vacated and the charges in this case dismissed.

Counsel for the Defendant has conferred with counsel for the Government who advised that the Government does not oppose this Motion.

FACTUAL BACKGROUND

On October 3, 2022, prosecutors filed an indictment against Dr. Boyd, charging him with violations of 18 U.S.C. § 248 and 18 U.S.C. § 241. Doc. 3. In January 2024, this Court presided over a jury trial where Dr. Boyd was found guilty. Then, on July 16, 2024, this Court entered its judgment sentencing Dr. Boyd to probation for a term of five (5) years and imposing a fine of $10,000.00 and an assessment of $125.00. Doc. 682. The judgement directed Dr. Boyd to pay $10,125.00 to the Clerk of the Court for the United States District Court for the Middle District of Tennessee. *Id*. Dr. Boyd appealed. Doc. 684.

Dr. Boyd fully paid the fine and assessment.

While Dr. Boyd's appeal was pending, President Donald J. Trump granted Dr. Boyd a full and unconditional pardon. Doc. 808-1. Shortly thereafter, in the Sixth Circuit Court of Appeals, the government filed a motion to vacate Dr. Boyd's conviction and remand his case to

1